IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

FEB - 7 2022

RICK WARREN
COURT CLERK
112_____

| | | |
|---|---|---|
| NICK SHAFFER and CHARLA SHAFFER, Individually; and NICK AND CHARLA SHAFFER, As Parents and Next Friends of HOPE SHAFFER, Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. CJ-2022-197 |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR NORTH AMERICA, INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; TOYOTA MOTOR MANUFACTURING MISSISSIPPI, INC.; TOYOTA MOTOR SALES, USA, INC.; GULF STATES TOYOTA, INC.; and BOB HOWARD MOTORS, INC. d/b/a BOB HOWARD TOYOTA, | ) ) ) ) ) ) ) ) ) ) ) | Judge Aletia Haynes Timmons |
| Defendants. | ) ) | |

**DEFENDANT BOB HOWARD MOTORS, INC.
d/b/a BOB HOWARD TOYOTA'S ANSWER TO PLAINTIFFS' PETITION**

Defendant Bob Howard Motors, Inc. d/b/a Bob Howard Toyota (hereinafter, "BHT") for its Answer to Plaintiffs' Nick Shaffer and Charla Shaffer, individually, and Nick and Charla Shaffer as Parents and Next Friends of Hope Shaffer, deceased, (hereinafter, collectively "Plaintiffs") Petition, hereby generally and specifically denies each and every material allegation contained therein unless otherwise stated herein. For further answer and defense, BHT states as follows:

1.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 1 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

**EXHIBIT
3**

2.      BHT is without sufficient information to either admit or deny the allegations contained in paragraph 2 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

3.      BHT is without sufficient information to either admit or deny the allegations contained in paragraph 3 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

4.      BHT is without sufficient information to either admit or deny the allegations contained in paragraph 4 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

5.      BHT generally and specifically denies the allegations contained in paragraph 5 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 5 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

6.      BHT generally and specifically denies the allegations contained in paragraph 6 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 6 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

7.      The allegations contained in paragraph 7 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

2

8.      The allegations contained in paragraph 8 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

9.      The allegations contained in paragraph 9 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

10.     The allegations contained in paragraph 10 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

11.     The allegations contained in paragraph 11 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

12.     The allegations contained in paragraph 12 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

13.     The allegations contained in paragraph 13 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

14.     The allegations contained in paragraph 14 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required. However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

15.    The allegations contained in paragraph 15 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

16.    The allegations contained in paragraph 16 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

17.    The allegations contained in paragraph 17 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

18.    The allegations contained in paragraph 18 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

19.    The allegations contained in paragraph 19 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

20.    The allegations contained in paragraph 20 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

21.    The allegations contained in paragraph 21 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

22.     The allegations contained in paragraph 22 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

23.     The allegations contained in paragraph 23 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

24.     The allegations contained in paragraph 24 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

25.     The allegations contained in paragraph 25 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

26.     The allegations contained in paragraph 26 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

27.     The allegations contained in paragraph 27 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

28.     BHT admits the allegations contained in paragraph 28 of Plaintiffs' Petition insofar as BHT is an entity which is incorporated and conducts its business in the State of Oklahoma. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 28 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

29.    BHT admits the allegations contained in paragraph 29 of Plaintiffs' Petition.

## JURISDICTION AND VENUE

30.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 30 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

31.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 31 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

32.    BHT generally and specifically denies the allegations contained in paragraph 32 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 32 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

33.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 33 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

34.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 34 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

35.    BHT generally and specifically denies the allegations contained in paragraph 35 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 35 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

6

36.    BHT generally and specifically denies the allegations contained in paragraph 36 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 36 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

37.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 37 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

38.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 38 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

39.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 39 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

## COMMON FACTUAL ALLEGATIONS

40.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 40 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

41.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 41 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

7

42.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 42 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

43.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 43 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

44.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 44 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

45.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 45 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

46.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 46 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

47.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 47 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

48.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 48 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

49.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 49 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

50.    BHT generally and specifically denies the allegations contained in paragraph 50 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 50 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

**STRICT PRODUCT LIABILITY**

51.    The allegations contained in paragraph 51 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

52.    BHT generally and specifically denies the allegations contained in paragraph 52 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 52 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

53.    BHT generally and specifically denies the allegations contained in paragraph 53 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 53 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

54.    BHT generally and specifically denies the allegations contained in paragraph 54 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 54 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

9

55.    BHT generally and specifically denies the allegations contained in paragraph 55 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 55 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

56.    BHT generally and specifically denies the allegations contained in paragraph 56 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 56 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

57.    BHT generally and specifically denies the allegations contained in paragraph 57 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 57 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

58.    BHT generally and specifically denies the allegations contained in paragraph 58 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 58 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

59.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 59 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

60.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 60 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

61.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 61 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

62.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 62 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

63.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 63 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

64.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 64 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

65.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 65, including subparts a. – i., of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

66.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 66 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

67.     BHT is without sufficient information to either admit or deny the allegations contained in paragraph 67 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

68.    BHT is without sufficient information to either admit or deny the allegations contained in paragraph 68 of Plaintiffs' Petition and, therefore, denies the same and demands strict proof thereof.

## COMMON LAW NEGLIGENCE

69.    The allegations contained in paragraph 69 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

70.    BHT generally and specifically denies the allegations contained in paragraph 70 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 70 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

71.    The allegations contained in paragraph 71 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

72.    The allegations contained in paragraph 72 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

73.    BHT generally and specifically denies the allegations contained in paragraph 73, including subparts a. – l., of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 73, including subparts a. – l., of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

12

74.    BHT generally and specifically denies the allegations contained in paragraph 74 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 74 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

75.    BHT generally and specifically denies the allegations contained in paragraph 75 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 75 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

## PUNITIVE DAMAGES

76.    The allegations contained in paragraph 76 of Plaintiffs' Petition do not relate to BHT, therefore, no response is required.  However, to the extent any allegations do relate to BHT, such allegations are generally and specifically denied and strict proof thereof is demanded.

77.    BHT generally and specifically denies the allegations contained in paragraph 77 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 77 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

## DAMAGES

78.    BHT generally and specifically denies the allegations contained in paragraph 78 of Plaintiffs' Petition as they relate to BHT. BHT is without sufficient information to either admit or

13

deny the remaining allegations contained in paragraph 78 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

79.    BHT generally and specifically denies the allegations contained in paragraph 79 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 79 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

80.    BHT generally and specifically denies the allegations contained in paragraph 80 of Plaintiffs' Petition to the extent it attributes liability to BHT in any manner. BHT is without sufficient information to either admit or deny the remaining allegations contained in paragraph 80 of Plaintiffs' Petition and therefore generally and specifically denies the same and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1.    Failure to state a claim upon which relief may be granted.

2.    Plaintiffs' damages, if any, were caused or contributed to by Plaintiffs, and Plaintiffs are therefore barred from recovery herein, or Plaintiffs' recovery should be reduced by their own negligence.

3.    Plaintiffs' damages, if any, were caused or contributed to by third parties over whom BHT had no control, and for whose acts BHT is not responsible, and Plaintiffs are not entitled to recover herein.

4.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of spoliation.

5.    Failure to join an indispensable party.

6.      Plaintiffs' claims are barred, in whole or in part, due to the existence of the significant lapse of time between the manufacture, marketing, and sale of the product and the Incident complained of, which refutes Plaintiffs' allegations against BHT.

7.      Plaintiffs failed to mitigate their damages and therefore are not entitled to recover herein.

8.      The incident was an unavoidable accident, casualty and misfortune, which occurred without negligence on the part of BHT.

9.      BHT denies that itself or any of its agents or employees were negligent or otherwise were the proximate cause of any alleged injuries to Plaintiffs, and Plaintiffs are, therefore, not entitled to recover herein.

10.     Plaintiffs, including the Deceased, were negligent and such negligence on their part proximately caused or contributed to the accident and damages, if any.  Such negligence on the part of the Plaintiffs was comparatively greater than the negligence of Defendants, including BHT, and Plaintiffs, therefore, are not entitled to recover herein.

11.     The actions of BHT, itself and its agents and/or employees, were not the direct and/or proximate cause of any of the damages sustained by the Plaintiffs.

12.     BHT denies that itself or any of its agents or employees breached any duty towards Plaintiffs, and Plaintiffs, therefore, are not entitled to recover herein.

13.     BHT, itself and its agents and/or employees, acted reasonably and in good faith in regard to the product and therefore is not liable for Plaintiffs' claimed damages.

14.     With respect to the product complained of, BHT, itself and its agents and/or employees, at all relevant times herein exercised and conducted their operations in accordance and

compliance with any and all applicable standards, guidelines, standards, regulations, and/or decrees and therefore cannot be found liable for Plaintiffs' claimed damages.

15.    The product complained of in Plaintiffs' Petition was not defective in any way, shape, or form.

16.    The product complained of in Plaintiffs' Petition was altered, misused, or abused.

17.    The product complained of in Plaintiffs' Petition was of merchantable quality.

18.    Any alleged defect in the product complained of in Plaintiffs' Petition was formed, if at all, after the product was no longer in BHT's control.

19.    Plaintiffs' claims are barred, in whole or in part, by a failure of others to properly maintain or repair the product in question.

20.    Plaintiffs' claims are barred, in whole or in part, by misuse and/or abuse of the product in question.

21.    Any product that BHT is alleged to have sold, designed, manufactured, marketed, and/or serviced was subsequently materially and/or substantially altered or changed from its original condition and that such alterations and/or changes caused, in whole or in part, the Incident and Plaintiffs' claimed damages, if any.

22.    State of the art.

23.    BHT did not manufacture or exercise sufficient control over the product complained of and is, therefore, an 'innocent seller' under Oklahoma law per 76 O.S §57.2(E)(G), and Plaintiffs' claims against BHT are, therefore, barred in whole or in part.

24.    Plaintiffs' claims are barred by the singular and/or collective doctrines of laches, preemption, waiver, and/or estoppel.

25.     Plaintiffs' actions, including those of Hope Shaffer, were a voluntary assumption of a known risk.

26.     As the doctrine of joint and severable liability has been abolished in Oklahoma, should Plaintiffs prevail against BHT, BHT's liability is several and is limited to its own pro rata share of fault, if any, pursuant to 23 O.S. § 15.

27.     Plaintiffs' damages and/or injuries pre-existed the incident at issue, and Plaintiffs are, therefore, not entitled to recover herein.

28.     The evidence introduced at trial of this matter of medical bills paid by or on behalf of Plaintiffs will be governed by the provisions of 12 O.S. § 3009.1.

29.     Plaintiffs' prayer for punitive damages is subject to the limitations of the United States and Oklahoma Constitutions.

30.     Plaintiffs are not entitled to punitive or exemplary damages and can present no evidence for the imposition of such damages.

31.     Plaintiffs' claim for punitive damages is barred by the United States Constitution and the Oklahoma Constitution.

As discovery is ongoing, BHT reserves the right to either add or withdraw affirmative defenses as discovery warrants.

WHEREFORE, having answered, Defendant Bob Howard Motors, Inc. d/b/a Bob Howard Toyota, requests judgment be entered in its favor and that Plaintiffs take nothing by way of their Petition, and for such other relief as the Court deems just and proper.

Respectfully submitted,

Derrick T. DeWitt, OBA #18044
Kyle R. Prince, OBA # 33040
DEWITT, PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, Oklahoma 73113
Telephone:  405/705-3600
Facsimile:   405/705-2573
dewitt@46legal.com
kprince@46legal.com
*Attorneys for Defendant*
*Bob Howard Motors, Inc.*
*d/b/a Bob Howard Toyota*

## CERTIFICATE OF MAILING

This is to certify that on the 7th day of February, 2022 a true and correct copy of the above and foregoing was mailed, postage prepaid, to:

Glendell D. Nix, OBA #13747
S. Shea Bracken, OBA #30496
Andy J. Campbell, OBA #30512
Nicole Snapp-Holloway, OBA #18472
MAPLES, NIX & DIESSELHORST, PLLC
15401 North May Avenue
Edmond, OK 73013
T: (405) 478-3737
F: (405) 531-5005
*Attorneys for Plaintiffs*

18