## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICK SHAFFER and CHARLA SHAFFER, Individually, and NICK AND CHARLA SHAFFER, as Parents and Next Friends of HOPE SHAFFER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING MISSISSIPPI, INC., TOYOTA MOTOR SALES, U.S.A., INC., GULF STATES TOYOTA, INC., AND BOB HOWARD MOTORS, INC., d/b/a BOB HOWARD TOYOTA,<br><br>Defendants. | Case No. 5:22-cv-00151-R |

### DEFENDANT TOYOTA MOTOR NORTH AMERICA, INC.'S
### FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS

TO:    Plaintiffs Nick Shaffer and Charla Shaffer Individually, and Nick and Charla Shaffer, as Parents and Next Friends of Hope Shaffer, Deceased, by and through his counsel of record, Glendell D. Nix, Shea Bracken, and Andy J. Campbell of Maples, Nix, & Diesselhorst, PLLC, 15401 North May Ave., Edmond, Oklahoma 73013.

### INSTRUCTIONS

Pursuant to Federal Rule of Civil Procedure 34, you are requested to serve within thirty (30) days a written response to each of the following Requests for Production of documents and to produce all documents and items within your possession, custody or control for inspection and copying in the offices of Nelson Mullins Riley & Scarborough, LLP, 5830 Granite Parkway, Suite 1000, Plano, Texas 75024 and McAfee & Taft, Williams Center Tower II, Two West Second Street, Suite 1100, Tulsa, Oklahoma, 74103.

1

Exhibit 1

**RFP No. 15.** All records for PLAINTIFFS related to mental healthcare treatment sought as a result of the CRASH.

**RFP No. 16.** All bills, STATEMENTS, or other writings or DOCUMENTS reflecting any expenses for which PLAINTIFFS seek recovery in this litigation, including, but not limited to, all medical bills, expenses for ambulance services, emergency treatment, or other medical expenses, receipts, cancelled checks, and/or other WRITTEN RECORDS evidencing payments for, or charges PLAINTIFFS incurred with respect to the CRASH.

**RFP No. 17.** To the extent not otherwise produced in response to the preceding request, any other DOCUMENTS regarding the nature, extent, and/or amount of PLAINTIFFS' alleged damages or DOCUMENTS that PLAINTIFFS believe supports any claim for alleged damages.

**RFP No. 18.** All DOCUMENTS relating to any act or omission that you contend shows that Defendants intentionally or maliciously harmed PLAINTIFFS, or acted in conscious disregard of PLAINTIFFS' rights, and on which an award of punitive damages could be based, either in whole or in part.

**RFP No. 19.** Any WRITTEN RECORD, including diaries, notes, letters, or other written DOCUMENTS kept by PLAINTIFFS that concern the CRASH or record how their lives have been impacted by the CRASH.

**RFP No. 20.** All exemplar vehicles.

**RFP No. 21.** All component parts of any exemplar vehicle

**RFP No. 22.** All PHOTOGRPAHS (in any digital format and print copies) of any exemplar vehicles.

8