# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

NICK SHAFFER and CHARLA SHAFFER, )
Individually, and NICK AND CHARLA )
SHAFFER, as Parents and Next Friends of )
HOPE SHAFFER, Deceased, )
                                  )
           Plaintiffs, )
                                  )
v. )    Case No. 5:22-cv-00151-R
                                  )
TOYOTA MOTOR CORPORATION, )
TOYOTA MOTOR NORTH AMERICA, )
INC., TOYOTA MOTOR ENGINEERING )
& MANUFACTURING NORTH )
AMERICA, INC., TOYOTA MOTOR )
MANUFACTURING MISSISSIPPI, INC., )
TOYOTA MOTOR SALES, U.S.A., INC., )
GULF STATES TOYOTA, INC., AND )
BOB HOWARD MOTORS, INC., d/b/a )
BOB HOWARD TOYOTA, )
                                  )
          Defendants. )

## PLAINTIFFS' RESPONSES TO DEFENDANT
## TOYOTA MOTOR NORTH AMERICA, INC.'S
## FIRST REQUEST FOR PRODUCTION

COME NOW, Plaintiffs, Nick Shaffer and Charla Shaffer, Individually, and as Parents and Next Friends of Hope Shaffer, Deceased ("Plaintiffs"), by and through their attorneys of record, and hereby submit their Responses to the Requests for Production of the Defendant Toyota Motor North America, Inc. (hereafter referred to as "Defendant" and/or "Defendant TMNA"), in the above-styled case.

Exhibit 2

Further identified as Bates Nos.: **DANCING FOR ETERNITY 0001-0005**. Plaintiffs reserve the right to supplement their response to this Request should additional documentation responsive become known and/or available through the discovery process.

**RFP No 18**. All DOCUMENTS relating to any act or omission that you contend shows that Defendants intentionally or maliciously harmed PLAINTIFFS, or acted in conscious disregard of PLAINTIFFS' rights, and on which an award of punitive damages could be based, either in whole or in part.

**RESPONSE TO RFP No. 18:** Objection. This Interrogatory is vague, overbroad, and seeks information that may be subject to the attorney-client and/or attorney work product privileges. Plaintiff also objects as this Request may invade the province of the jury. Without waiving any objection, Plaintiffs agree to provide the Defendants with their testifying expert witness information in compliance with the Court's Scheduling Order and/or as discovery progresses and develops in this case. As discovery is just beginning in this case, Plaintiffs reserve the right to supplement and/or amend their Response to this Request as discovery progresses and more information becomes available, if any.

**RFP No. 19.** Any WRITTEN RECORD, including diaries, notes, letters, or other written DOCUMENTS kept by PLAINTIFFS that concern the CRASH or record how their lives have been impacted by the CRASH.

**RESPONSE TO RFP No. 19:** Objection, this Request is vague, overbroad, seeks information that may be subject to the attorney client privilege, and not reasonably calculated to lead to discovery of admissible evidence. Without waiving any objection, Plaintiffs refer to the Dropbox link provided in their Response to RFP No. 5 for