Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF OKLAHOMA
 3
 4   NICK SHAFFER AND CHARLA          )
     SHAFFER, INDIVIDUALLY, AND       )
 5   NICK AND CHARLA SHAFFER, AS      )
     PARENTS AND NEXT FRIENDS OF      )
 6   HOPE SHAFFER, DECEASED,          )
                                      )
 7              PLAINTIFFS,           )
                                      ) CASE NO. 5:22-CV-00151-R
 8        VS.                         )
                                      )
 9   TOYOTA MOTOR CORPORATION,        )
     TOYOTA MOTOR NORTH AMERICA,      )
10   INC., TOYOTA MOTOR ENGINEERING)
     & MANUFACTURING NORTH AMERICA,)
11   INC., TOYOTA MOTOR               )
     MANUFACTURING MISSISSIPPI,       )
12   INC., TOYOTA MOTOR SALES, USA,)
     INC., GULF STATES TOYOTA,        )
13   INC., AND BOB HOWARD MOTORS,     )
     INC., DBA BOB HOWARD TOYOTA,     )
14                                    )
               DEFENDANTS.            )
15   _____)
16
17
18
19          DEPOSITION OF EXPERT STEVEN MEYER
20                TUESDAY, AUGUST 13, 2024
21
22
23
24   JOB NO. 6727061
25   REPORTED BY:  TAMARA L. CARLSON
                    CSR NO. 12555
26
```

Exhibit 3

Page 48

1  you're aware, which is why you asked the question
2  the way you did, the majority of them that performed
3  well are technically ABTS seats.  They're not
4  performing well because necessarily the belt is
5  attached, but they're performing well because of
6  their structural integrity, their robustness, if you
7  will.  That doesn't require it to be an ABTS.  That
8  just tends to be where we start to see those levels
9  of strength and robustness present themselves.
10         Having said that, I have identified in some
11 cases, depending upon the specific circumstance,
12 seats that would perform under a given loading
13 environment and be safe for a particular crash.  In
14 general, if you're asking the question, my belief in
15 general is that the seat should be designed to
16 protect occupants up to and including the
17 95th percentile type ATD, meaning somebody that is
18 reasonably statured like you and I at 200-plus.  The
19 95th ATD is 225, 223.  So we should be targeting
20 that, not 172 for reasons that I've at least brushed
21 upon in my report at delta-vs of not 20 or 25 but
22 rather 30 to 35, and I think the ABTS seats have
23 proven that is an achievable goal.  I have tested
24 several that performed well, at that energy level,
25 and that should be the target.

```
                                              Page 78
 1    BY MR. STONE:
 2         Q.   You do agree that the Corolla, the subject
 3    2020 Corolla, complied with all the applicable
 4    federal highway vehicle safety standards; true?
 5         A.   As far as I'm aware, yes.
 6         Q.   And it far exceeded the strength
 7    requirements of 207?
 8         A.   Yes, I think Toyota's 207 test at least
 9    establishes that.
10         Q.   Were the NHTSA to knock on your door and
11    say, "Mr. Meyer, we're going to redo 207.  What
12    should it require?" what should it require?  What
13    would you tell them?
14         A.   I would suggest that it not be a moment
15    resistance criteria.  I think the moment resistance
16    is an indicator.  I think certainly you can look at
17    that, and if we look at Mr. Stevens's body block
18    spreadsheet, we can see that when we get to the ABTS
19    levels of moment resistance is when we start to see
20    better performance dynamically, but I would suggest
21    that it ought to be a dynamic requirement, and it
22    ought to, at least in part, consider restraint and
23    containment as well as intrusion into the backseat
24    and the things that I've always talked about, which
25    is the seat has to provide effective restraint --
```