# Shaffer v. Toyota, et al.

*PREPARED FOR:*
**Andy J. Campbell, Esq.**
*Maples, Nix & Diesselhorst*
15401 North May Ave
Edmond, OK 73013

**By**
**Steven E. Meyer, P.E.**

**July 16, 2024**



Exhibit

5

SAFE
Safety Analysis & Forensic Engineering

requirements which include dynamic crash tests for both restrained and unrestrained front seat occupants. Unfortunately, though rear impacts account for a significant percentage of total collisions, the FMVSS do not include a dynamic rear impact seat test or requirement wherein the seat is required to be occupied by an anthropometric test device (ATD) and injury data or injury risk is assessed at speeds over 10 mph.

FMVSS 207 does include a seat strength test requirement, however this minimal standard does not provide for the presence of an occupant. Rather, FMVSS 207 simply calls for application of a minimal static load on the upper seat member (See Figure 12). This standard has been part of the standards since the 1960s but has since then been clearly established to be inadequate relative to prediction of real-world crash performance. Simple compliance with the minimal standard of FMVSS 207 will not ensure a seat structure's safe design in a dynamic crash environment. Although compliance with FMVSS 207 will likely ensure that the seat back will not break when leaned on by an occupant or while accessing the rear seat, it will in no way ensure a seat's safe performance when occupied by an occupant and loaded dynamically in a rear end crash. In fact, testing conducted by the undersigned and others have shown that light weight folding beach chairs, banquet chairs, and even a seat made of cardboard, will pass the minimal strength requirements of FMVSS 207.[2]



**Figure 12: FMVSS 207 Test Setup Diagram**

Toyota, has, necessarily, performed such testing on the subject right front passenger's seat design provided for the subject Toyota Corolla and the seat did pass this minimal standard. Again, however, simple compliance with FMVSS 207 in no way establishes that a seat is adequately designed or appropriate in terms of rearward crash protection. In fact, in 1996, The National Highway Traffic Safety Administration (NHTSA) officially acknowledged that the 207 standard was inadequate[3], stating:

> *"There have been several valid criticisms of the current Federal Motor Vehicle Safety Standard No. 207 which addresses seating systems. Generally, it is acknowledged that the current standard requires inadequate seat strength to insure that the seat does not fail when a car is subject to a severe rear impact. Furthermore, advances in technology have made possible significant improvement in the ability of the car seat to add appreciable crash victim occupant protection, especially with the advent of integrated seat concepts."*

---

[2] Muzzy et al., "Comparative Testing of Commercial, Modified & Non-Automotive Seat Backs," ASME Advances in Bioengineering, 2000.
[3] NHTSA website, "B.01.19 Seat Back Strength"