| Case | Shaffer |
|---|---|
| Transcript | Ziejewski, Ph.D., Mariusz 8/5/24 VOL 1 |

5:22-cv-151-R
**EXHIBIT**
**Plfs' 4**
Obj to Defs' Motion for Summary Judgment

| Issue Code | Ex 4 Tr Ziejewski | | |
|---|---|---|---|
| 1 | 001:01 - 006:24 | 001:01 | IN THE UNITED STATES DISTRICT COURT |
| | | 02 | WESTERN DISTRICT OF OKLAHOMA |
| | | 03 | NICK SHAFFER and CHARLA SHAFER  ) |
| | | | Individually, and NICK AND       ) |
| | | 04 | CHARLA SHAFFER, as Parents and  ) |
| | | | Next Friends of HOPE SHAFFER,   ) |
| | | 05 | Deceased,                        ) |
| | | | ) |
| | | 06 | Plaintiffs, ) |
| | | | ) |
| | | 07 | vs.                    ) Case |
| | | | ) No. 5:22-cv-00151-R |
| | | 08 | TOYOTA MOTOR CORPORATION,      ) |
| | | | TOYOTA MOTOR NORTH AMERICA,    ) |
| | | 09 | INC., TOYOTA MOTOR ENGINEERING ) |
| | | | & MANUFACTURING NORTH          ) |
| | | 10 | AMERICA, INC., TOYOTA MOTOR    ) |
| | | | MANUFACTURING MISSISSIPPI, INC.,) |
| | | 11 | TOYOTA MOTOR SALES, U.S.A.,    ) |
| | | | INC., GULF STATES TOYOTA, INC.,) |
| | | 12 | AND BOB HOWARD MOTORS, INC.,   ) |
| | | | d/b/a/ BOB HOWARD TOYOTA,      ) |
| | | 13 | ) |
| | | | Defendants. ) |
| | | 14 | |
| | | 15 | |
| | | 16 | |
| | | 17 | VIDEO-RECORDED DEPOSITION OF |
| | | 18 | MARIUSZ ZIEJEWSKI, PH.D., |
| | | 19 | August 5, 2024 |
| | | 20 | 8:56 a.m. |
| | | 21 | Denver, Colorado |
| | | 22 | |
| | | 23 | |
| | | 24 | GOLKOW, A Veritext Division |
| | | 25 | 877.370.DEPS |
| | | 002:01 | |

```
02            The video-recorded deposition of
03    MARIUSZ ZIEJEWSKI, PH.D., taken pursuant to the
04    Federal Rules of Civil Procedure of the United
05    States District Courts pertaining to the taking of
06    depositions, before Pauline Vargo, Certified
07    Shorthand Reporter, Registered Professional
08    Reporter and Certified Realtime Reporter, at The
09    Westin Denver International Airport, Ash Boardroom,
10    8300 Pena Boulevard, Denver, Colorado, on
11    August 5, 2024, commencing at 8:56 a.m.
12                     -  -  -
13
14
15
16
17
18
19
20
21
22
23
24
25
003:01                A P P E A R A N C E S
02    Present on behalf of the Plaintiffs:
03         MAPLES NIX & DIESSELHORST, PLLC
           15401 North May Avenue
04         Edmond, Oklahoma   73013
           BY:  ANDY J. CAMPBELL, ESQ.
05              andy@mndlawfirm.com
                GLENDELL D. NIX, ESQ. (Via Zoom)
06
07    Present on behalf of Toyota Defendants:
08         MCAFEE & TAFT, P.C.
           William Center Tower II
09         Two West Second Street, Suite 1100
           Tulsa, Oklahoma   74103
10         (918) 587-0000
           BY:  MARY QUINN COOPER, ESQ.
11              maryquinn.cooper@mcafeetaft.com
12         NELSON MULLINS RILEY & SCARBOROUGH, LLP
           5830 Granite Park, Suite 1000
```

```
        13          Plano, Texas   75024
                    (469) 484-6100
        14     BY:  DAVID P. STONE, ESQ.
                    david.stone@nelsonmullins.com
        15  Videographer:
        16          CANDY REIFF, Golkow, A Veritext Division
        17
        18
        19
        20
        21
        22
        23
        24
        25
004:01                          I N D E X
        02                  Monday, August 5, 2024
        03  WITNESS                               EXAMINATION
        04  MARIUSZ ZIEJEWSKI, PH.D.
        05       By Ms. Cooper....................Page 7
        06
        07
        08
        09
        10                      E X H I B I T S
        11  DR. ZIEJEWSKI
            EXHIBIT               INTRODUCED/FIRST REFERRED TO
        12  Exhibit 1   Composite Documents regarding      7
        13              vehicle dynamics or accident
                        reconstruction
        14  Exhibit 2   Summary of accident                7
        15              reconstruction
        16  Exhibit 3   Document regarding                 7
                        occupant kinematics
        17  Exhibit 4   Rebuttal Powerpoints               9
        18  Exhibit 5   Accident Site Powerpoints         10
        19  Exhibit 6   Summary of Credentials            11
        20  Exhibit 7   Powerpoints                       11
        21  Exhibit 8   Materials Reviewed                13
        22
        23  Exhibit 9   SAE document J885                 13
        24  Exhibit 10  Publication, Radiology, The       14
                        Mechanism of Skull Fracture
```

```
                    25
005:01                          E X H I B I T S
                                   Continued
     02    DR. ZIEJEWSKI
     03    EXHIBIT                         INTRODUCED/FIRST REFERRED TO
     04    Exhibit 11   Report of Dr. Ziejewski, Ph.D.        14
     05    Exhibit 12   Documents regarding injuries          14
     06    Exhibit 13   Overall Opinions                      12
     07    Exhibit 14   Invoices                              33
     08    Exhibit 15   Dr. Ziejewski's Case List             55
     09    Exhibit 16   Autopsy Photos                        78
     10    Exhibit 17   Steve Meyers' Figure 24               79
     11    Exhibit 18   Steve Meyers' Figure 23              149
     12    Exhibit 19   Surrogate photos                     139
     13    Exhibit 20   Surrogate photos                     143
     14
     15
     16
     17
     18
     19
     20
     21
     22
     23
     24
     25
006:01           THE VIDEOGRAPHER:  We are now on the record.
     02    My name is Candy Reiff.  I'm a videographer for
     03    Golkow Litigation Services.  Today's date is
     04    August 5th, 2024, and the time is 8:56 a.m.
     05           This videotaped deposition is being held
     06    in Denver, Colorado, in the matter of Nick Shaffer,
     07    et al., versus Toyota Motor Corporation, et al.
     08    The deponent is Muriusz Ziejewski.
     09           Counsel, please identify yourselves for
     10    the video record.
     11        MR. CAMPBELL:  Andy Campbell for the
     12    Plaintiffs.
     13        MS. COOPER:  Mary Quinn Cooper for the
     14    Defendants.
     15        MR. STONE:  David Stone for Toyota.
     16        THE VIDEOGRAPHER:  The court reporter is
```

| | | | |
|---|---|---|---|
| | | 17 | Pauline Vargo and will now swear in the witness. |
| | | 18 | THE REPORTER: Raise your right hand please, |
| | | 19 | to be sworn. |
| | | 20 | (The witness was duly sworn.) |
| | | 21 | MARIUSZ ZIEJEWSKI, PH.D., |
| | | 22 | called as a witness herein, having been first duly |
| | | 23 | sworn, was examined and testified as follows: |
| | | 24 | |
| 2 | 156:15 - 156:17 | 156:15 | Q. And you think that the Delta V in the |
| | | 16 | Shaffer accident is what? |
| | | 17 | A. Oh, 20 miles an hour. |
| 3 | 173:01 - 173:25 | 173:01 | - CERTIFICATE - |
| | | 02 | |
| | | 03 | I, PAULINE VARGO, Illinois Certified Shorthand Reporter, C.S.R. No. 84-1573, Certified |
| | | 04 | Realtime Reporter and Registered Professional Reporter, do hereby certify that prior to the |
| | | 05 | commencement of the examination, MARIUSZ ZIEJEWSKI, PH.D., was duly sworn by me to testify to the |
| | | 06 | truth, the whole truth and nothing but the truth concerning the matters herein. |
| | | 07 | I DO FURTHER CERTIFY that the foregoing |
| | | 08 | is a verbatim transcript of the testimony as taken stenographically by me at the time and on the date |
| | | 09 | hereinbefore set forth, and constitutes a true record of the testimony given and the proceedings |
| | | 10 | had, to the best of my ability. |
| | | 11 | I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of |
| | | 12 | any of the parties to this action, and that I am neither a relative nor employee of such attorney or |
| | | 13 | counsel, and that I am not financially interested in the action. |
| | | 14 | |
| | | 15 | <%1789,Signature%><br>COURT REPORTER |
| | | 16 | Illinois Certified Shorthand Reporter<br>Certified Realtime Reporter |
| | | 17 | Registered Professional Reporter<br>Dated: August 7, 2024 |
| | | 18 | |
| | | 19 | |

9/21/24

| | | |
|---|---|---|
| | | 20 |
| | | 21 |
| | | 22 |
| | | 23 |
| | | 24 |
| | | 25 |