| Case | Shaffer |
|---|---|
| Transcript | Harrison, Terry Sgt OKC PD |

5:22-cv-151-R
**EXHIBIT**
**Plfs' 5**
Obj to Defs' Motion for Summary Judgment

| Issue Code | Ex 5 Tr Harrison | | |
|---|---|---|---|
| 1 | 001:01 - 006:19 | 001:01 | IN THE UNITED STATES DISTRICT COURT |
| | | 02 | FOR THE WESTERN DISTRICT OF OKLAHOMA |
| | | 03 | 1) NICK SHAFFER and CHARLA SHAFFER, individually, and |
| | | 04 | 2) NICK and CHARLA SHAFFER, as parents and next friends |
| | | 05 | of HOPE SHAFFER, deceased, |
| | | 06 | Plaintiffs, |
| | | 07 | -vs-                    Case No. 5:22-CV-00151-R |
| | | 08 | 1) TOYOTA MOTOR CORPORATION, ) TOYOTA MOTOR NORTH AMERICA, |
| | | 09 | INC., ) TOYOTA MOTOR ENGINEERING & |
| | | 10 | MANUFACTURING NORTH AMERICA, INC., ) TOYOTA MOTOR MANUFACTURING |
| | | 11 | KENTUCKY, INC., ) TOYOTA MOTOR MANUFACTURING |
| | | 12 | MISSISSIPI, INC., ) GULF STATES TOYOTA, INC., |
| | | 13 | Defendants. |
| | | 14 | |
| | | 15 | |
| | | 16 | VIDEOTAPED DEPOSITION OF |
| | | 17 | SERGEANT TERRY L. HARRISON |
| | | 18 | TAKEN ON BEHALF OF THE DEFENDANTS |
| | | 19 | ON OCTOBER 10, 2023, BEGINNING AT 9:42 A.M. |
| | | 20 | IN OKLAHOMA CITY, OKLAHOMA |
| | | 21 | |
| | | 22 | |
| | | 23 | |
| | | 24 | |
| | | 25 | REPORTED BY: MARCY A. KING, CSR, RPR |
| | | 002:01 | APPEARANCES: |
| | | 02 | On behalf of the PLAINTIFFS: |
| | | 03 | S. Shea Bracken |
| | | 04 | Glendell D. Nix MAPLES, NIX & DIESSELHORST |

```
05  15401 North May Avenue
    Edmond, Oklahoma 73013
06  shea@mndlawfirm.com
    glendell@mndlawfirm.com
07  On behalf of the DEFENDANT TOYOTA DEFENDANTS:
08  Suzanne H. Swaner
09  NELSON MULLINS RILEY & SCARBOROUGH, LLP
    5830 Granite Park, Suite 1000
10  Plano, Texas 75024
    suzanne.swaner@nelsonmullins.com
11  -and
    Harold C. Zuckerman
12  McAFEE & TAFT
    Williams Center Tower II
13  2 West 2nd Street, Suite 1100
    Tulsa, Oklahoma 74103
14  harold.zuckerman@mcafeetaft.com
15  On behalf of the WITNESS:
16  Benjamin Rose
17  OFFICE OF THE MUNICIPAL COUNSELOR
    CIVIL LITIGATION DIVISION
18  200 North Walker Avenue
    Oklahoma City, Oklahoma 73102
19  benjamin.rose@okc.gov
20  Also present: Stesha Ferguson, videographer
21
22
23
24
25
003:01            T A B L E  O F  C O N T E N T S
02                                              PAGE
03  STIPULATIONS . . . . . . . . . . . . .        5
04  DIRECT EXAMINATION BY MS. SWANER . . .         6
05  CROSS EXAMINATION BY MR. BRACKEN . . .        64
06  REDIRECT EXAMINATION BY MS. SWANER . .       103
07
08                      EXHIBITS
09  For Plaintiffs:                             Page
10  1    billing summary                          75
11  For Defendants:                             Page
12       curriculum vitae                          8
13       Oklahoma Traffic Collision Report        16
```

```
14      statement of witnesses                17
15      points list                           17
16      Incident Report                       19
17      Incident Detail Report                19
18      license records on drivers            20
19      details report of both vehicles       20
20      Waiver of Search of Motor Vehicle     20
21      Crime Scene Presence & Entry Log Sheet 21
22      statutues and city ordinances         21
23      vehicle statistics                    21
24      CDR report on Toyota Corrolla         22
25
```

004:01      T A B L E   O F   C O N T E N T S (continued)

```
02  Defendant's Exhibit                         Page
03      CDR report on Chevy Silverado           22
04      .1 - 15.6   photographs                 38
05      calculations                            56
06      photograph                              53
07      photograph                              44
08      photograph                              46
09      .1 - 20.4   photographs                 48
10      photograph                              49
11      .1 - 22.2.  photographs                 51
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

005:01                S T I P U L A T I O N S

02

03       It is hereby stipulated and agreed by and
04  between the parties hereto, through their
05  respective attorneys, that the deposition of
06  SERGEANT TERRY L. HARRISON may be taken pursuant

| | | | |
|---|---|---|---|
| | | 07 | to agreement and in accordance with the Federal |
| | | 08 | Rules of Civil Procedure on October 10, 2023, |
| | | 09 | before Marcy A. King, CSR, RPR. |
| | | 10 | |
| | | 11 | |
| | | 12 | |
| | | 13 | |
| | | 14 | |
| | | 15 | |
| | | 16 | |
| | | 17 | |
| | | 18 | |
| | | 19 | |
| | | 20 | |
| | | 21 | |
| | | 22 | |
| | | 23 | |
| | | 24 | |
| | | 25 | |
| | | 006:01 | THE VIDEOGRAPHER: This is the |
| | | 02 | videotaped deposition of Terry Harrison taken in |
| | | 03 | the matter of Shaffer versus Toyota Motor |
| | | 04 | Corporation, et al. Today's date is October 10th, |
| | | 05 | 2023. We are on the record at 9:42 a.m. |
| | | 06 | Will counsel please state your |
| | | 07 | appearances for the record. |
| | | 08 | MS. SWANER: Suzanne Swaner for |
| | | 09 | Toyota. |
| | | 10 | MR. ZUCKERMAN: Harold Zuckerman |
| | | 11 | for Toyota. |
| | | 12 | MR. BRACKEN: Shea Bracken for the |
| | | 13 | plaintiffs. |
| | | 14 | MR. NIX: Glendell Nix for the |
| | | 15 | plaintiff. |
| | | 16 | MR. ROSE: Benjamin Rose for the |
| | | 17 | witness. |
| | | 18 | THE VIDEOGRAPHER: The court |
| | | 19 | reporter will now swear the witness. |
| 2 | 071:02 - 072:12 | 071:02 | Q Okay. We talked a little bit about it, |
| | | 03 | but the Delta V in relationship to a collision, |
| | | 04 | that's basically just a change in velocity, is the |
| | | 05 | formal definition; is that right? |

|   |   |   |   |
|---|---|---|---|
|   |   | 06 | A   Yes. |
|   |   | 07 | Q   And that is a measure you can use to |
|   |   | 08 | help determine severity of a collision; is that |
|   |   | 09 | right? |
|   |   | 10 | A   Yes.  The higher the Delta V, the more |
|   |   | 11 | injury expectation you could have. |
|   |   | 12 | Q   And so in this accident, based on your |
|   |   | 13 | investigation and the download, the Delta V was |
|   |   | 14 | 20.3 over 235 milliseconds, right? |
|   |   | 15 | A   Yes, but in the area of impact, it was, |
|   |   | 16 | I believe 24, almost 25. |
|   |   | 17 | Q   But according to the black box download |
|   |   | 18 | from the Toyota, it was 20.3 over 235 |
|   |   | 19 | milliseconds, right? |
|   |   | 20 | A   At the center of mass. |
|   |   | 21 | Q   Okay.  All right.  And that's not a |
|   |   | 22 | severe Delta V, right? |
|   |   | 23 |           MS. SWANER:  Object to the form. |
|   |   | 24 |           THE WITNESS:  It is moderate to |
|   |   | 25 | severe, yes. |
|   |   | 072:01 | Q   (By Mr. Bracken)  So you believe that |
|   |   | 02 | 20.3 over 235 milliseconds is a severe Delta V? |
|   |   | 03 | A   Anything zero to 10 is minor, 10 to 20 |
|   |   | 04 | is moderate, 20 to 30 is moderately severe, 30 to |
|   |   | 05 | 40 is severe, and 40 and above is major. |
|   |   | 06 | Q   So it's your testimony that a 20.3 |
|   |   | 07 | Delta V over 235 milliseconds is a moderately |
|   |   | 08 | severe Delta V? |
|   |   | 09 | A   Moderate to severe. |
|   |   | 10 | Q   It's not a Delta V where you would |
|   |   | 11 | expect a fatal injury, right? |
|   |   | 12 |           THE WITNESS.  No. |
| 3 | 109:01 - 109:25 | 109:01 |              C E R T I F I C A T E |
|   |   | 02 | STATE OF OKLAHOMA   ) |
|   |   |   |                     )  SS: |
|   |   | 03 | COUNTY OF OKLAHOMA  ) |
|   |   | 04 |   |
|   |   | 05 |      I, Marcy A. King, a Certified Shorthand |
|   |   | 06 | Reporter for the State of Oklahoma, certify that |
|   |   | 07 | SERGEANT TERRY L. HARRISON was by me sworn to |
|   |   | 08 | testify the truth; that the deposition was taken |
|   |   | 09 | by me in stenotype and thereafter transcribed by |

```
10   computer and is a true and correct transcript of
11   the testimony of the witness; that the deposition
12   was taken by me on October 10, 2023, in Oklahoma
13   City, Oklahoma, and that I am not an attorney for
14   or relative of either party or otherwise
15   interested in this action.
16            Witness my hand and seal of office on
17   this 18th day of October, 2023.
18
19
20            _____
              Marcy A. King, CSR, RPR
21            CSR # 0834
22
23
24
25
```