5:22-cv-151-R
**EXHIBIT**
**Plfs' 6**
Obj to Defs' Motion for Summary Judgment

| Case | Shaffer |
|---|---|
| Transcript | Miyatake, Tomonori 8/1/24 VOL 1 |

| Issue Code | Ex 6 Tr Miyatake | | |
|---|---|---|---|
| 1 | 001:01 - 006:09 | 001:01 | IN THE UNITED STATES DISTRICT COURT |
| | | | FOR THE WESTERN DISTRICT OF OKLAHOMA |
| | | 02 | |
| | | 03 | NICK SHAFFER and CHARLA          * |
| | | | SHAFFER, Individually, and       * |
| | | 04 | NICK AND CHARLA SHAFFER, As      * |
| | | | Parents and Next Friends of      * |
| | | 05 | HOPE SHAFFER, Deceased,          * |
| | | |     Plaintiffs,                   * |
| | | 06 |                                      * |
| | | | VS.                              *   Case No. |
| | | 07 |                                      *   5:22-cv-00151-R |
| | | | TOYOTA MOTOR CORPORATION,        * |
| | | 08 | TOYOTA MOTOR NORTH AMERICA,      * |
| | | | INC., TOYOTA MOTOR               * |
| | | 09 | ENGINEERING & AMERICA, INC.,     * |
| | | | TOYOTA MOTOR MANUFACTURING       * |
| | | 10 | KENTUCKY, INC., TOYOTA MOTOR     * |
| | | | MANUFACTURING MISSISSIPPI,       * |
| | | 11 | INC., TOYOTA MOTOR SALES,        * |
| | | | USA, INC., GULF STATES           * |
| | | 12 | TOYOTA, INC.,                    * |
| | | |     Defendants.                   * |
| | | 13 | |
| | | 14 | |
| | | 15 | ******************************************** |
| | | 16 |    ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF |
| | | 17 |       TOYOTA MOTOR CORPORATION, |
| | | |   THROUGH ITS DESIGNATED REPRESENTATIVE, |
| | | 18 |         TOMONORI MIYATAKE |
| | | |          AUGUST 1, 2024 |
| | | 19 | ******************************************** |
| | | 20 | |
| | | 21 | |
| | | 22 | |
| | | 23 | |
| | | 24 | REPORTED BY: |

```
          25   CHRISTY R. SIEVERT, CSR, RPR
      002:01              DEPOSITION of TOMONORI MIYATAKE,
          02   produced as a witness at the instance of the
          03   Plaintiffs, and duly sworn, was taken in the
          04   above-styled and numbered cause on the 1st day of
          05   August, 2024, from 9:30 a.m. to 3:55 p.m., before
          06   Christy R. Sievert, CSR, RPR, in and for the State
          07   of Texas, reported by machine shorthand, at the
          08   offices of Nelson, Mullins, Riley & Scarborough,
          09   LLP, 5830 Granite Parkway, Suite 1000, Plano, Texas,
          10   pursuant to the Federal Rules of Civil Procedure and
          11   the provisions stated on the record or attached
          12   hereto.
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
      003:01                  A P P E A R A N C E S
          02
          03   FOR THE PLAINTIFFS:
          04     MR. GLENDELL D. NIX
                 MR. S. SHEA BRACKEN
          05     Maples, Nix & Diesselhorst
                 15401 North May Avenue
          06     Edmond, Oklahoma   73013
                 405-478-3737
          07     glendell@mndlawfirm.com
                 shea@mndlawfirm.com
          08
          09   FOR THE DEFENDANT:
          10     MR. DAVID P. STONE
                 Nelson, Mullins, Riley & Scarborough, LLP
          11     5830 Granite Parkway, Suite 1000
                 Plano, Texas   75024
```

```
12      469-484-6100
        david.stone@nelsonmullins.com
13      MS. MARY QUIN COOPER
14      MR. ANDREW RICHARDSON
        McAfee & Taft, PC
15      Williams Center Tower II
        Two W. Second Street, Suite 1100
16      Tulsa, Oklahoma  74103
        918-587-0000
17      maryquinn.cooper@mcafeetaft.com
        andrew.richardson@mcafeetaft.com
18
19   ALSO PRESENT:
20      JOHN HINES, Videographer
        MATTHEW STEVENS, Interpreter
21      HARUMI KONDO RUDOLPH, Check Interpreter
        JOHN GERSCH
22      TAKAHARO ISHIMORI
23
24
25
```

004:01                  I N D E X

```
                                                       PAGE
02   Appearances.................................  3
03   Exhibits....................................  5
04   Proceedings.................................  6
05   TOMONORI MIYATAKE:
06      Examination by Mr. Nix...................  7
07   Changes and Signature...................... 91-92
08   Reporter's Certification................... 93-94
```

```
09
10
11
12
13
14
15
16
17
18
19
20
21
```

```
           22
           23
           24
           25
005:01                      E X H I B I T S
    02     NUMBER       DESCRIPTION                    PAGE
    03     Exhibit 1    Curriculum Vitae                 9
                        (English version)
    04     Exhibit 2    Curriculum Vitae                 9
    05                  (Japanese version)
    06     Exhibit 3    Amended Notice of Deposition    12
    07     Exhibit 4    Seat design                     18
                        Toy-Shaffer-00013186
    08     Exhibit 5    Seat design                     18
    09                  Toy-Shaffer_00013177 - 13178
    10     Exhibit 6    Seat design                     18
                        Toy-Shaffer-00013111 - 13113
    11     Exhibit 7    Seat design                     18
    12                  Toy-Shaffer_00013152 - 13154
    13     Exhibit 8    Seat design                     18
                        Toy-Shaffer_00013107
    14     Exhibit 9    Engineering change              19
    15                  instructions
                        Toy-Shaffer-00013298 - 13305
    16     Exhibit 10   Toyota Engineering Standard     40
    17                  Toy-Shaffer-00011759 - 11760
    18     Exhibit 11   Dynamic Test For Seat Assembly  53
                        Toy-Shaffer-00014817 - 14830
    19     Exhibit 12   Dynamic Test For Seat Assembly  71
    20                  Toy-Shaffer-00014804 - 14816
    21     Exhibit 13   F(C)MVSS 301                    80
                        Toy-Shaffer-00014682 - 14722
    22     Exhibit 14   F(C)MVSS 305                    83
    23                  Toy-Shaffer-00131369 - 131422
    24
    25
006:01                      P R O C E E D I N G S
    02              THE VIDEOGRAPHER:  This is Tape 1 in
    03     the video deposition of the corporate representative
    04     for Toyota Motor Corporation in the matter of Nick
    05     Shaffer and Charla Shaffer vs. Toyota Motor
    06     Corporation in the U.S. District Court for the
    07     Western District of Oklahoma.
```

|   |                 |        |                                                                        |
|---|-----------------|--------|------------------------------------------------------------------------|
|   |                 | 08     | This deposition is taking place in                                     |
|   |                 | 09     | Plano, Texas on Thursday, August 1, 2024.                              |
| 2 | 014:22 - 015:10 | 014:22 | Q.  Does Toyota admit the seat in the 2020                             |
|   |                 | 23     | Toyota Corolla designed -- was designed and                            |
|   |                 | 24     | manufactured in accordance with Toyota's design and                    |
|   |                 | 25     | standards?                                                             |
|   |                 | 015:01 | CHECK INTERPRETER:  The Check                                          |
|   |                 | 02     | Interpreter would like to say that it was about "the                   |
|   |                 | 03     | seat."  "Seat."                                                        |
|   |                 | 04     | THE INTERPRETER:  Thank you.                                           |
|   |                 | 05     | A.  So you're asking me not about the vehicle                          |
|   |                 | 06     | as a whole, but you're specifically asking about the                   |
|   |                 | 07     | seat; is that right?                                                   |
|   |                 | 08     | BY MR. NIX:                                                            |
|   |                 | 09     | Q.  Yes, sir.                                                          |
|   |                 | 10     | A.  Yes, that's correct.                                               |
| 3 | 016:03 - 016:17 | 016:03 | Q.  Toyota admits it is solely responsible for                         |
|   |                 | 04     | the design, manufacture, testing and approval of the                   |
|   |                 | 05     | seats in the 2020 Toyota Corolla, including the                        |
|   |                 | 06     | Toyota Corolla in which Hope Shaffer was killed,                       |
|   |                 | 07     | correct?                                                               |
|   |                 | 08     | A.  Can I confirm something about your                                 |
|   |                 | 09     | question?  Are you asking me whether the vehicle in                    |
|   |                 | 10     | which Ms. Shaffer was in, you're asking me whether                     |
|   |                 | 11     | we were responsible for the manufacturing and design                   |
|   |                 | 12     | of that vehicle?                                                       |
|   |                 | 13     | Q.  Correct.                                                           |
|   |                 | 14     | A.  Yes, we have that responsibility.                                  |
|   |                 | 15     | Q.  And the testing of the seats in that                               |
|   |                 | 16     | vehicle?                                                               |
|   |                 | 17     | A.  Yes, that's right.                                                 |
| 4 | 018:05 - 018:11 | 018:05 | Q.  Have there been any recommendations by                             |
|   |                 | 06     | Toyota engineers to change the design of the seat in                   |
|   |                 | 07     | the Toyota Corolla over the last ten years?                            |
|   |                 | 08     | A.  Within the past ten years, there are parts                         |
|   |                 | 09     | of the seat design that have been changed.  However,                   |
|   |                 | 10     | when it comes to Toyota's philosophy around safety                     |
|   |                 | 11     | of the seat design, that has not been changed.                         |
| 5 | 034:19 - 036:02 | 034:19 | Q.  Please explain the test, the 207 test.                             |
|   |                 | 20     | A.  Yes, 207 has two standards.  The first                             |
|   |                 | 21     | evaluation is called the seat 20G.  It is a sled                       |
|   |                 | 22     | test that simulates 20G accidents in the frontal                       |

|  |  | 23 | collision mode. And there's also a 20G sled |
|---|---|---|---|
|  |  | 24 | evaluation that simulates a rear impact. |
|  |  | 25 | Can I continue? |
|  | 035:01 | Q. | Yes. |
|  |  | 02 | A. And the requirement for that is to make |
|  |  | 03 | sure that there's no damage to the seat and that |
|  |  | 04 | there is no unlocking with the lock mechanism. |
|  |  | 05 | Q. That portion of the 207 test does not -- a |
|  |  | 06 | dummy is not used in that test, correct? |
|  |  | 07 | A. That's correct. |
|  |  | 08 | Q. And continue in regard to you -- there was |
|  |  | 09 | a second part of the 207 test. |
|  |  | 10 | A. The other requirement is a static rearward |
|  |  | 11 | moment test. The seat back will be pulled in the |
|  |  | 12 | backward direction, and the requirement is to have a |
|  |  | 13 | strength that is 373 newton meters. And the |
|  |  | 14 | requirement is to have no damage to the seat and to |
|  |  | 15 | not have the locking mechanism unlock under those |
|  |  | 16 | conditions. |
|  |  | 17 | Q. And converting the standard to the English |
|  |  | 18 | system, is the standard 3,300-inch pounds? |
|  |  | 19 | A. That's right, it's 3,300-inch pounds. |
|  |  | 20 | Q. That Federal Motor Vehicle Safety Standard |
|  |  | 21 | 207 has been the same since the 1960s, correct? |
|  |  | 22 | A. I don't know the exact year, but my |
|  |  | 23 | understanding is that it's been in place for a long |
|  |  | 24 | time since the past. |
|  |  | 25 | Q. That same standard has been in place for |
|  | 036:01 | over 50 years, correct? |
|  |  | 02 | A. Yes, that is my understanding. |

| Issue Code | Exhibit - Response to Motion for PO | | |
|---|---|---|---|
| 1 | 035:20 - 036:02 | 035:20 | Q. That Federal Motor Vehicle Safety Standard |
|  |  | 21 | 207 has been the same since the 1960s, correct? |
|  |  | 22 | A. I don't know the exact year, but my |
|  |  | 23 | understanding is that it's been in place for a long |
|  |  | 24 | time since the past. |
|  |  | 25 | Q. That same standard has been in place for |
|  |  | 036:01 | over 50 years, correct? |
|  |  | 02 | A. Yes, that is my understanding. |

| Issue Code | Ex 6 Tr Miyatake | | |
|---|---|---|---|
| 1 | 036:20 - 037:01 | 036:20<br>21<br>22<br>23<br>24<br>25<br>037:01 | Q. My question is, does Toyota consider the 207 standard adequate to protect rear seat occupants in rear-end collisions?<br>     MR. STONE: Object to form.<br>  A. In order to reduce accidents in the marketplace, we don't think it is enough to make a determination based on the strength listed in 207. |
| 2 | 037:03 - 037:12 | 037:03<br>04<br>05<br>06<br>07<br>08<br>09<br>10<br>11<br>12 | Q. So Toyota believes that standard 207 is not sufficient to determine -- sufficient to protect or reduce accidents in the marketplace; is that correct?<br>     MR. STONE: Object to form.<br>  A. When it comes to 207, that is something that is set by NHTSA, and Toyota does respect that. And because of that, when we do our development, we meet the regulatory requirement with sufficient margin. |
| 3 | 037:14 - 038:07 | 037:14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>038:01<br>02<br>03<br>04<br>05<br>06<br>07 | In order to reduce the risk in the marketplace, it is important to make a determination by not looking only at the strength of the seat but also the energy absorption of the seat as well as the movement of the occupants.<br>BY MR. NIX:<br>  Q. And the Federal Motor Standard 207 does not do that, correct?<br>  A. The content of the 207 does not require that.<br>  Q. But it is important to look at considerations other than the strength of the test to determine whether the seat performs appropriately, correct?<br>     MR. STONE: Object to form.<br>  A. Yes, that is correct. And that is why Toyota does its own unique evaluations and it performs various kinds of tests to make that determination. |
| 4 | 038:09 - 038:14 | 038:09<br>10<br>11<br>12<br>13 | Q. Toyota has its own standard for moment loading that exceeds the Federal Motor Standard 207, correct?<br>  A. Yes, normally, we would do development so that we can have a performance that can meet the |

|   |                  |        |                                                              |
|---|------------------|--------|--------------------------------------------------------------|
|   |                  | 14     | FMVSS 207 requirement with margin.                           |
| 5 | 039:05 - 039:07  | 039:05 | Q.   The 207 test is not a dynamic test, is it?              |
|   |                  | 06     | A.   The rearward moment test is not a dynamic              |
|   |                  | 07     | test.                                                        |
| 6 | 039:16 - 039:19  | 039:16 | A.   The 207 is one element of accidents that               |
|   |                  | 17     | take place in the marketplace, and you cannot                |
|   |                  | 18     | determine the safety in -- of an accident that               |
|   |                  | 19     | occurs in the marketplace by looking at that alone.          |
| 7 | 040:18 - 041:02  | 040:18 | Q.   This is the -- Exhibit 10 is the Toyota                |
|   |                  | 19     | engineering standard TSF 6252 G-1, correct?                  |
|   |                  | 20     | A.   Yes, I do see 6252 G-1.                                 |
|   |                  | 21     | Q.   What is this standard?  Can you explain in             |
|   |                  | 22     | general terms what this standard is?                         |
|   |                  | 23     | A.   This is a rear impact sled test that is                |
|   |                  | 24     | done for the purpose of evaluating the seat.                 |
|   |                  | 25     | Q.   This standard is one Toyota uses in the                |
|   |                  | 041:01 | course of its everyday operations, correct?                  |
|   |                  | 02     | A.   That's correct.                                         |
| 8 | 041:13 - 045:05  | 041:13 | Q.   On 2.2 it says, "Rear collision, delta-V               |
|   |                  | 14     | 30 kilometers per hour"?                                     |
|   |                  | 15     | A.   Yes.                                                    |
|   |                  | 16     | Q.   And it says, "The maximum seat back dynamic            |
|   |                  | 17     | backward tilting angle shall be within 25 degrees,"          |
|   |                  | 18     | correct?                                                     |
|   |                  | 19     | A.   That's correct.                                         |
|   |                  | 20     | Q.   And then it says, "When a test is conducted            |
|   |                  | 21     | at delta-V of 36 kilometers per hour, the maximum            |
|   |                  | 22     | seat back dynamic backward tilting angle is within           |
|   |                  | 23     | 30 degree" -- "30 degrees," correct?                         |
|   |                  | 24     | A.   To be accurate, what is listed here is that            |
|   |                  | 25     | in the case that the delta-V 30-kilometer test is            |
|   |                  | 042:01 | not performed, then the 36-kilometer per hour                |
|   |                  | 02     | delta-V test should have an angle within 30 degrees.         |
|   |                  | 03     | Q.   And then it goes on to say, "It shall be               |
|   |                  | 04     | judged that the angle falls within 25 degrees at a           |
|   |                  | 05     | delta-V of 30 kilometers per hour," correct?                 |
|   |                  | 06     | A.   That's correct.                                         |
|   |                  | 07     | Q.   This is the standard used by Toyota for its            |
|   |                  | 08     | dynamic seat testing, correct?                               |
|   |                  | 09     | A.   The standard that is used for this test is             |
|   |                  | 10     | listed here.                                                 |
|   |                  | 11     | Q.   So according to Toyota's standard, the                 |

```
12   backward tilting angle -- the dynamic backward
13   tilting angle in the 30 kilometers per hour delta-V
14   should be 25 degrees or less, and in a 36-kilometer
15   delta-V test, it should be 30 degrees or less,
16   correct?
17        A.   That is not correct.
18        Q.   How did I get that wrong?
19        A.   If you can look at the top of this TTS,
20   the -- I believe the standard for -- that the
21   36-kilometer per hour delta-V is listed on the top
22   portion.  It's right here.  It's that location.
23        Q.   At 2.1?
24        A.   That's right.
25        Q.   And what is the degrees of -- is there a
043:01 maximum degree of rearward -- dynamic rearward
02   tilting angle?
03        A.   There isn't.
04        Q.   I'm sorry?
05        A.   There isn't.
06        Q.   So in the 36-kilometer per hour delta-V
07   dynamic testing that Toyota does, there is no
08   standard for how far rearward the dynamic tilt angle
09   of the seat should be?
10        A.   That's correct, there is no such angle.
11        Q.   But in the 30-kilometer per hour delta-V,
12   there is a maximum dynamic backward tilting angle in
13   the standard; is that correct?
14        A.   That's right, there is one.
15        Q.   Why is there one for the 30-mile -- or
16   kilometer per hour delta-V testing but not one for
17   the 36-kilometer per hour delta-V testing?
18        A.   First of all, the delta-V 30 kilometers per
19   hour rear impact evaluation covers about 85 percent
20   of the accidents in the field.  And within that
21   evaluation, when the front seat leans backwards, we
22   use the 25-degree as a -- 25-degree as a standard to
23   confirm the contact point with the rear seat
24   occupant's knees.
25        Q.   Is Toyota not concerned about what happens
044:01 in a 36-kilometer delta-V collision?
02             MR. STONE:  Object to form.
03        A.   No, that is not correct.
04   BY MR. NIX:
```

|   |                 |        |                                                                 |
|---|-----------------|--------|-----------------------------------------------------------------|
|   |                 | 05     | Q. But Toyota in its dynamic testing of the                     |
|   |                 | 06     | seat assembly in a sled test has a maximum dynamic              |
|   |                 | 07     | rearward tilting angle criteria, correct? In the                |
|   |                 | 08     | 30-kilometer test.                                              |
|   |                 | 09     | A. Can I confirm the question, please?                          |
|   |                 | 10     | Q. Sure.                                                        |
|   |                 | 11     | A. So are you asking me in your question                        |
|   |                 | 12     | whether we have a standard for the rearward tilting             |
|   |                 | 13     | angle for the delta-V 30-kilometer test?                        |
|   |                 | 14     | Q. Yes.                                                         |
|   |                 | 15     | A. Yes, we do have one.                                         |
|   |                 | 16     | Q. Toyota also performs a dynamic test, same                    |
|   |                 | 17     | test at 36 kilometers per hour delta-V, correct?                |
|   |                 | 18     | A. That's correct.                                              |
|   |                 | 19     | Q. In the 36 kilometers per hour delta-V --                     |
|   |                 | 20     | delta-V dynamic test, Toyota does not have a                    |
|   |                 | 21     | criteria for the dynamic rearward tilting angle of              |
|   |                 | 22     | the seat, correct?                                              |
|   |                 | 23     | A. There isn't a target for the rearward --                     |
|   |                 | 24     | rearward tilting angle, but we do perform a                     |
|   |                 | 25     | confirmation for the performance of --                          |
|   |                 | 045:01 |         THE INTERPRETER: This is the                            |
|   |                 | 02     | interpreter. Let me start over.                                 |
|   |                 | 03     | A. We do not have a target for the rearward                     |
|   |                 | 04     | tilting angle, but we do confirm other kinds of seat            |
|   |                 | 05     | performance.                                                    |
| 9 | 046:14 - 046:20 | 046:14 | Q. Also, if the seat dynamically tilts                          |
|   |                 | 15     | rearward too far, a front seat occupant could ramp              |
|   |                 | 16     | over the seat and collide with an occupant in the               |
|   |                 | 17     | back seat, correct?                                             |
|   |                 | 18     |         MR. STONE: Object to form.                              |
|   |                 | 19     | A. I understand that there could be a contact                   |
|   |                 | 20     | at times.                                                       |
|10 | 048:23 - 049:18 | 048:23 | Q. Sir, the seat assembly dynamic test that we                  |
|   |                 | 24     | were discussing before the break, when did Toyota               |
|   |                 | 25     | implement that standard?                                        |
|   |                 | 049:01 | A. My understanding is that it was the 2000s.                   |
|   |                 | 02     | Q. In 2000?                                                     |
|   |                 | 03     | A. 2000s.                                                       |
|   |                 | 04     | Q. 2000s.                                                       |
|   |                 | 05     |     Do you know whether -- do you know when it                  |
|   |                 | 06     | was in the 2000s?                                               |

| | | | |
|---|---|---|---|
| | | 07 | A. I can't remember exactly at this time. |
| | | 08 | Q. If you look at Exhibit 10 that is on the |
| | | 09 | screen in front of you, it says, "Establish |
| | | 10 | revised," and it has a date of March 2014. Do you |
| | | 11 | see that? |
| | | 12 | A. I see that. |
| | | 13 | Q. And so this standard was in existence at |
| | | 14 | least since 2014, correct? |
| | | 15 | A. That's correct. |
| | | 16 | Q. And it appears to be -- does the REV.2 mean |
| | | 17 | a second revision? |
| | | 18 | A. That's right. |
| 11 | 061:14 - 062:15 | 061:14 | Q. And hybrid number 4, AM50, what does that |
| | | 15 | mean? |
| | | 16 | A. First of all, the AM50 is an American male |
| | | 17 | 50th percentile dummy. |
| | | 18 | Q. Do you know the weight of that dummy that's |
| | | 19 | used in the test? |
| | | 20 | A. I don't know exactly, but I think it was |
| | | 21 | around 78 kilograms. |
| | | 22 | Q. And converting that to pounds? Multiply it |
| | | 23 | times 2.2? |
| | | 24 | A. I'll need to calculate. |
| | | 25 | Q. How many kilometers did you say? |
| | | 062:01 | A. Around 78 kilos. |
| | | 02 | Q. If I multiply that times 2.2, that's |
| | | 03 | approximately 172 pounds. Is that a -- does that |
| | | 04 | sound like a correct calculation? |
| | | 05 | A. Yes, I think so. |
| | | 06 | Q. Does Toyota use larger dummies than the |
| | | 07 | 50th percentile dummy in any of its dynamic assembly |
| | | 08 | tests? |
| | | 09 | A. For this evaluation, we use -- we use a |
| | | 10 | dummy that is representative -- is representative |
| | | 11 | for the U.S., and we use the AM50 for that. |
| | | 12 | Q. Is there any dynamic test for seat assembly |
| | | 13 | in which Toyota uses a dummy other than an AM50 |
| | | 14 | 50th percentile dummy? |
| | | 15 | A. There isn't. |
| 12 | 075:24 - 076:04 | 075:24 | Q. Does Toyota recommend that children ride in |
| | | 25 | the back seat of its vehicles, including the 2020 |
| | | 076:01 | Toyota Corolla? |

| | | | |
|---|---|---|---|
| | | 02 | MR. STONE: Object to form. |
| | | 03 | A.  Yes, we do recommend children to sit in the |
| | | 04 | rear seats. |
| 13 | 088:14 - 088:19 | 088:14 | Q.  How many pounds per inch did the -- did |
| | | 15 | Toyota test for the 2020 Toyota Corolla in the 207 |
| | | 16 | test? |
| | | 17 | A.  From what I am aware of, the -- the test |
| | | 18 | results tested the strength that was 2.5 times |
| | | 19 | higher than what is in the regulation. |
| 14 | 093:01 - 094:17 | 093:01 | IN THE UNITED STATES DISTRICT COURT |
| | | | FOR THE WESTERN DISTRICT OF OKLAHOMA |
| | | 02 | |
| | | 03 | NICK SHAFFER and CHARLA         * |
| | | | SHAFFER, Individually, and     * |
| | | 04 | NICK AND CHARLA SHAFFER, As    * |
| | | | Parents and Next Friends of    * |
| | | 05 | HOPE SHAFFER, Deceased,        * |
| | | | Plaintiffs,                    * |
| | | 06 | * |
| | | | VS.                            *   Case No. |
| | | 07 | *   5:22-cv-00151-R |
| | | | TOYOTA MOTOR CORPORATION,      * |
| | | 08 | TOYOTA MOTOR NORTH AMERICA,    * |
| | | | INC., TOYOTA MOTOR             * |
| | | 09 | ENGINEERING & AMERICA, INC.,   * |
| | | | TOYOTA MOTOR MANUFACTURING     * |
| | | 10 | KENTUCKY, INC., TOYOTA MOTOR   * |
| | | | MANUFACTURING MISSISSIPPI,     * |
| | | 11 | INC., TOYOTA MOTOR SALES,      * |
| | | | USA, INC., GULF STATES         * |
| | | 12 | TOYOTA, INC.,                  * |
| | | | Defendants.                    * |
| | | 13 | REPORTER'S CERTIFICATION |
| | | 14 | DEPOSITION OF TOMONORI MIYATAKE |
| | | | AUGUST 1, 2024 |
| | | 15 | |
| | | 16 | I, CHRISTY R. SIEVERT, CSR, RPR, in |
| | | 17 | and for the State of Texas, hereby certify to the |
| | | 18 | following: |
| | | 19 | That the witness, TOMONORI MIYATAKE, was |
| | | 20 | duly sworn by the officer and that the transcript of |
| | | 21 | the oral deposition is a true record of the |

```
22  testimony given by the witness;
23          I further certify that the signature of
24  the deponent was requested by the deponent or a
25  party and is to be returned within 30 days from date
094:01  of receipt of the transcript.  If returned, the
02  attached Changes and Signature Page contains any
03  changes and the reasons therefor;
04          I further certify that I am neither
05  counsel for, related to, nor employed by any of the
06  parties or attorneys in the action in which this
07  proceeding was taken, and further that I am not
08  financially or otherwise interested in the outcome
09  of the action.
10          Subscribed and sworn to on this the 14th
11  day of August, 2024.
12
13
14                          _____
15                          CHRISTY R. SIEVERT, CSR, RPR
                            Texas CSR 8172
16                          Expiration Date:   4-30-2025
17
```