5:22-cv-151-R
**EXHIBIT**
**Plfs' 7**
Obj to Defs' Motion for Summary Judgment

| Case | Shaffer |
|---|---|
| Issue Code | Ex 7 Tr Hare |

**Hare, Barry 8/2/24 VOL 1**

| 1 | 001:01 - 006:08 |

```
001:01              IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF OKLAHOMA
     02
     03   NICK SHAFFER and CHARLA          *
          SHAFFER, Individually, and       *
     04   NICK AND CHARLA SHAFFER, As      *
          Parents and Next Friends of      *
     05   HOPE SHAFFER, Deceased,          *
                    Plaintiffs,            *
     06                                    *
          VS.                              *   Case No.
     07                                    *   5:22-cv-00151-R
          TOYOTA MOTOR CORPORATION,        *
     08   TOYOTA MOTOR NORTH AMERICA,      *
          INC., TOYOTA MOTOR               *
     09   ENGINEERING & AMERICA, INC.,     *
          TOYOTA MOTOR MANUFACTURING       *
     10   KENTUCKY, INC., TOYOTA MOTOR     *
          MANUFACTURING MISSISSIPPI,       *
     11   INC., TOYOTA MOTOR SALES,        *
          USA, INC., GULF STATES           *
     12   TOYOTA, INC.,                    *
                    Defendants.            *
     13
     14
     15   ******************************************
     16       ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
                  TOYOTA MOTOR NORTH AMERICA, INC., and
     17            TOYOTA MOTOR SALES, USA, INC.,
                THROUGH ITS DESIGNATED REPRESENTATIVE,
     18                      BARRY HARE
                          AUGUST 2, 2024
     19   ******************************************
     20
     21
     22
     23
```

```
24  REPORTED BY:
25  CHRISTY R. SIEVERT, CSR, RPR
002:01            DEPOSITION of BARRY HARE, produced as
02  a witness at the instance of the Plaintiffs, and
03  duly sworn, was taken in the above-styled and
04  numbered cause on the 2nd day of August, 2024, from
05  9:04 a.m. to 11:27 a.m., before Christy R. Sievert,
06  CSR, RPR, in and for the State of Texas, reported by
07  machine shorthand, at the offices of Nelson,
08  Mullins, Riley & Scarborough, LLP, 5830 Granite
09  Parkway, Suite 1000, Plano, Texas, pursuant to the
10  Federal Rules of Civil Procedure and the provisions
11  stated on the record or attached hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
003:01                  A P P E A R A N C E S
02
03  FOR THE PLAINTIFFS:
04    MR. GLENDELL D. NIX
      MR. S. SHEA BRACKEN
05    Maples, Nix & Diesselhorst
      15401 North May Avenue
06    Edmond, Oklahoma   73013
      405-478-3737
07    glendell@mndlawfirm.com
      shea@mndlawfirm.com
08
09  FOR THE DEFENDANT:
10    MR. ANDREW RICHARDSON
      McAfee & Taft, PC
11    Williams Center Tower II
```

```
        Two W. Second Street, Suite 1100
   12   Tulsa, Oklahoma  74103
        918-587-0000
   13   andrew.richardson@mcafeetaft.com
   14   MR. DAVID P. STONE
        MS. SUZANNE SWANER
   15   Nelson, Mullins, Riley & Scarborough, LLP
        5830 Granite Parkway, Suite 1000
   16   Plano, Texas  75024
        469-484-6100
   17   david.stone@nelsonmullins.com
        suzanne.swaner@nelsonmullins.com
   18
   19  ALSO PRESENT:
   20    JOHN HINES, Videographer
         JOHN GERSCH
   21
   22
   23
   24
   25
004:01                  I N D E X
                                                    PAGE
   02  Appearances................................. 3
   03  Exhibits.................................... 5
   04  Proceedings................................. 6
   05  BARRY HARE:
   06    Examination by Mr. Nix..................... 7
   07  Changes and Signature................... 83-84
   08  Reporter's Certification................ 85-86
   09
   10
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
```

```
         22
         23
         24
         25
005:01                      E X H I B I T S
   02    NUMBER        DESCRIPTION                   PAGE
   03    Exhibit 1     Amended Notice of Deposition    7
   04    Exhibit 2     Curriculum Vitae                8
   05    Exhibit 3     Case Activity Reporter,        36
                       Case: 10119539
   06                  Toy-Shaffer-00128202 - 128207
   07    Exhibit 4     B.01.19 Seat Back Strength     39
   08    Exhibit 5     1-29-93 letter to NHTSA        43
                       Re: Docket No. 89-20; Notice 3
   09                  Toy-Shaffer-00015682 - 15685
   10    Exhibit 6     5-25-16 letter to J. Lentz     47
                       from R. Blumenthal
   11                  Toy-Shaffer-00015732 - 15734
   12    Exhibit 7     6-23-16 letter to E. Markey    58
                       and R. Blumenthal
   13                  from S. Ciccone
                       Toy-Shaffer-00014886 - 14887
   14    Exhibit 8     6-23-16 letter to E. Markey    60
   15                  and R. Blumenthal
                       from R. Strassburger
   16                  Toy-Shaffer-00014879 - 14885
   17    Exhibit 9     Field Technical Report         73
   18                  Toy-Shaffer-00010866 - 10871
   19
   20
   21
   22
   23
   24
   25
006:01                    P R O C E E D I N G S
   02            THE VIDEOGRAPHER:  This is Tape 1 in
   03    the video deposition of Barry Hare in the matter of
   04    Nick Shaffer and Charla Shaffer vs. Toyota Motor
   05    Corporation in the U.S. District Court for the
   06    Western District of Oklahoma.
   07            This deposition is taking place in Plano,
```

| | | | |
|---|---|---|---|
| | | 08 | Texas, on Friday, August 2, 2024. |
| 2 | 032:22 - 034:24 | 032:22 | Q. Has -- over the years, Toyota has received |
| | | 23 | complaints through the branding engagement center or |
| | | 24 | other customer service centers, concerns about seat |
| | | 25 | back failures in its vehicles during a collision, |
| | | 033:01 | correct? |
| | | 02 | A. I've seen circumstances where there's |
| | | 03 | allegations relating to the seats from customer |
| | | 04 | call-ins. |
| | | 05 | Q. In those circumstances, those reports would |
| | | 06 | have gone through this process that you've just |
| | | 07 | described and resulted in a field technical report, |
| | | 08 | correct? |
| | | 09 | MR. RICHARDSON: Object to form. |
| | | 10 | Go ahead. |
| | | 11 | A. With the -- with the assumptions that the |
| | | 12 | vehicle was available for an inspection and an |
| | | 13 | inspection was -- was -- was performed, yes, the |
| | | 14 | most typical would be a report was generated. |
| | | 15 | BY MR. NIX: |
| | | 16 | Q. And then that report would typically be |
| | | 17 | sent to the National Highway Traffic Safety |
| | | 18 | Administration through their early warning reports |
| | | 19 | system, correct? |
| | | 20 | A. Yes, I believe that's right. |
| | | 21 | Q. There have been reports made to Toyota in |
| | | 22 | the last ten years relating to concerns that a seat |
| | | 23 | back failed during a rear-end collision and caused |
| | | 24 | serious injuries to a rear occupant, correct? |
| | | 25 | MR. RICHARDSON: Objection; form. |
| | | 034:01 | Go ahead. |
| | | 02 | A. Yes, I believe that's true. |
| | | 03 | BY MR. NIX: |
| | | 04 | Q. In fact, for more than a decade, there have |
| | | 05 | been complaints and concerns communicated to Toyota |
| | | 06 | of potential seat back issues causing injury to rear |
| | | 07 | passengers during a rear-end collision, correct? |
| | | 08 | MR. RICHARDSON: Objection; form. |
| | | 09 | Go ahead. |
| | | 10 | A. I have seen circumstances like that. So, |
| | | 11 | yes, I'm aware that that has occurred over an |
| | | 12 | extended period of time. |

|   |   |   |   |
|---|---|---|---|
|   |   | 13 | BY MR. NIX: |
|   |   | 14 | Q. And, in fact, for more than a decade, |
|   |   | 15 | correct? |
|   |   | 16 | A. Well, collisions have been occurring all |
|   |   | 17 | the time, and, yes, I've seen collisions like you've |
|   |   | 18 | described. |
|   |   | 19 | Q. Where there were allegations that a seat |
|   |   | 20 | back did not perform appropriately, resulting in |
|   |   | 21 | injury to a rear seat occupant, correct? |
|   |   | 22 | MR. RICHARDSON: Objection; form. |
|   |   | 23 | Go ahead. |
|   |   | 24 | A. Yes. |
| 3 | 039:06 - 041:01 | 039:06 | Q. Do you see at the very top, this first page |
|   |   | 07 | says "Certificate of Authenticity," and it says, "I |
|   |   | 08 | hereby certify that the annex is a copy of the NHTSA |
|   |   | 09 | press release B.01.19, Seat Back Strength, Updated |
|   |   | 10 | 12/98"? Do you see that? |
|   |   | 11 | A. I do. |
|   |   | 12 | Q. And then if you go to the next page, it |
|   |   | 13 | says, "B.01.19, Seat Back Strength, Updated 12/98," |
|   |   | 14 | correct? |
|   |   | 15 | A. Yes. |
|   |   | 16 | Q. Does this appear to be a press release from |
|   |   | 17 | the National Highway Traffic Safety Administration |
|   |   | 18 | in July of 2015? Or certified in July of 2015? |
|   |   | 19 | A. That's what it says. I don't ever recall |
|   |   | 20 | seeing it, but it seems to say that on the first |
|   |   | 21 | page. |
|   |   | 22 | Q. Does Toyota receive National Highway |
|   |   | 23 | Traffic Safety Administration press releases? |
|   |   | 24 | MR. RICHARDSON: Objection; form. |
|   |   | 25 | Go ahead. |
|   |   | 040:01 | A. That's something typically they would be |
|   |   | 02 | aware of either -- it depends which entity, but |
|   |   | 03 | at -- one of the Toyota affiliates would -- would |
|   |   | 04 | likely be aware of this. |
|   |   | 05 | BY MR. NIX: |
|   |   | 06 | Q. On page 2, or the first page of the actual |
|   |   | 07 | document, under "Background," do you see that? |
|   |   | 08 | A. I do. |
|   |   | 09 | Q. It says, "There have been several valid |
|   |   | 10 | criticisms of the current Federal Motor Vehicle |

| | | | |
|---|---|---|---|
| | | 11 | Safety Standard No. 207, which addresses seating |
| | | 12 | systems.  Generally, it is acknowledged that the |
| | | 13 | current standard requires inadequate seat strength |
| | | 14 | to ensure that the seat does not fail when a car is |
| | | 15 | subject to a severe rear impact.  Furthermore, |
| | | 16 | advances in technology have made possible |
| | | 17 | significant improvement in the ability of the car |
| | | 18 | seat to add appreciable crash victim occupant |
| | | 19 | protection, especially with the advent of integrated |
| | | 20 | seat concepts." |
| | | 21 | Did I read that correctly? |
| | | 22 | A.   I believe so. |
| | | 23 | Q.   And this appears -- this is a statement |
| | | 24 | issued by the National Highway Traffic Safety |
| | | 25 | Administration, according to this document, correct? |
| | | 041:01 | A.   That's what it appears to be. |
| 4 | 043:24 - 046:12 | 043:24 | Q.   You're looking at Exhibit 5; is that |
| | | 25 | correct? |
| | | 044:01 | A.   Yes. |
| | | 02 | Q.   It should also be on your screen.  Is it on |
| | | 03 | your screen? |
| | | 04 | A.   Yeah.  It's Bates stamped 15682, and it |
| | | 05 | ends in 15685. |
| | | 06 | Q.   This is the letter from Toyota Motor |
| | | 07 | Corporation Service of North America, Inc., correct? |
| | | 08 | A.   I'm sorry, could you repeat the question? |
| | | 09 | Q.   I'm sorry.  This is a letter from Toyota |
| | | 10 | Motor Corporation Service of North America, Inc., |
| | | 11 | correct? |
| | | 12 | A.   That's what it says. |
| | | 13 | Q.   Dated January 29, 1993, correct? |
| | | 14 | A.   Yes. |
| | | 15 | Q.   The letter is to the National Highway |
| | | 16 | Traffic Safety Administration, correct? |
| | | 17 | A.   Yes. |
| | | 18 | Q.   Regarding Docket No. 9-20, Notice 3, 57 FR |
| | | 19 | 54958, November 23, 1992, correct? |
| | | 20 | A.   Yes. |
| | | 21 | Q.   The letter says, "The following are Toyota |
| | | 22 | Motor Corporation's comments to Docket No. 8920, |
| | | 23 | Notice 3, requests for comments on Federal Motor |
| | | 24 | Vehicle Safety Standards, seating systems and head |

|   |   |   |   |
|---|---|---|---|
|   |   | 25 | restraints." Correct? |
|   |   | 045:01 | A. Yes. |
|   |   | 02 | Q. It says in that second paragraph that, |
|   |   | 03 | "Toyota believes that in the interest of |
|   |   | 04 | harmonization of vehicle regulation, NHTSA should |
|   |   | 05 | bring the current 3300 inch-pound moment strength |
|   |   | 06 | requirements of FMVSS 207 in line with the 4690 |
|   |   | 07 | inch-pound static strength requirements of ECE 17." |
|   |   | 08 | Correct? |
|   |   | 09 | A. That's what it says. |
|   |   | 10 | Q. We mentioned -- we talked about 207 a |
|   |   | 11 | little bit ago, correct? |
|   |   | 12 | A. Yes, we did. |
|   |   | 13 | Q. And in this case, Toyota was saying that |
|   |   | 14 | that should be increased, correct, that requirement? |
|   |   | 15 | A. Yes, that's what Toyota Motor Corporation |
|   |   | 16 | was saying. |
|   |   | 17 | Q. And the next paragraph says, "Toyota is |
|   |   | 18 | opposed to a dynamic" -- "dynamic test of seat back |
|   |   | 19 | strength because it's unclear at this time at just |
|   |   | 20 | what level seat back strength should be for optimum |
|   |   | 21 | occupant safety." Correct? |
|   |   | 22 | A. Yes, that's what it says. |
|   |   | 23 | Q. At least in this letter, Toyota indicates |
|   |   | 24 | that it is opposed to a dynamic test for seat back |
|   |   | 25 | strength, correct? |
|   |   | 046:01 | A. For the reason that it explained here, |
|   |   | 02 | that's what it says. |
|   |   | 03 | Q. If you go to the third page of that |
|   |   | 04 | document, the second paragraph, that last |
|   |   | 05 | sentence -- sorry, really the first sentence, |
|   |   | 06 | "Again, we believe that replacing the current test |
|   |   | 07 | procedure with an actual vehicle test would make an |
|   |   | 08 | objective analysis of seating integrity extremely |
|   |   | 09 | difficult, and thus are opposed to inclusion of such |
|   |   | 10 | requirement in Federal Motor Vehicle Safety Standard |
|   |   | 11 | 207." Correct? |
|   |   | 12 | A. That's what it says. |
| 5 | 048:03 - 049:14 | 048:03 | Exhibit 6 is a letter from the United |
|   |   | 04 | States Senate signed by U.S. Senator Edward Markey |
|   |   | 05 | and U.S. Senator Richard Blumenthal. Do you see |
|   |   | 06 | that? |

|   |   | 07 | A. | I do. |
|---|---|---|---|---|
|   |   | 08 | Q. | Is that correct? |
|   |   | 09 | A. | Yes. It's -- this is -- you're referring |
|   |   | 10 | to Bates 15732 to 15734, Exhibit 6, yes. |
|   |   | 11 | Q. | Correct. And dated May 25, 2016, correct? |
|   |   | 12 | A. | Yes. |
|   |   | 13 | Q. | You should also have the letter on the |
|   |   | 14 | screen in front of you. |
|   |   | 15 | | This is a letter from the United States |
|   |   | 16 | senators requesting information from Toyota Motor |
|   |   | 17 | North America, correct? |
|   |   | 18 | A. | Correct. |
|   |   | 19 | Q. | And it says, "We write to request |
|   |   | 20 | information regarding your company's efforts to |
|   |   | 21 | protect passengers against the threat of front seat |
|   |   | 22 | back failures." Correct? |
|   |   | 23 | A. | That's what it says. |
|   |   | 24 | Q. | "Front seat back failures which occur |
|   |   | 25 | primarily during rear-end collisions or crashes put |
|   |   | 049:01 | back seat passengers, especially infants and |
|   |   | 02 | children, at serious risk of injury or death." |
|   |   | 03 | | That's what it says, correct? |
|   |   | 04 | A. | It does. |
|   |   | 05 | Q. | "According to a child rear impact study |
|   |   | 06 | commissioned by the Center for Auto Safety, |
|   |   | 07 | approximately 50 children placed behind occupied |
|   |   | 08 | seats have died annually in rear impact incidents in |
|   |   | 09 | the last 15 years." |
|   |   | 10 | | Is that what it says? |
|   |   | 11 | A. | Yes, it does. |
|   |   | 12 | Q. | This document is a document received by |
|   |   | 13 | Toyota Motor North America, Inc., in 2016, correct? |
|   |   | 14 | A. | Yes, it is. |
| 6 | 051:02 - 052:01 | 051:02 | Q. | The letter says, "Unfortunately, weak seat |
|   |   | 03 | strength standards may undermine this advice. There |
|   |   | 04 | has been long-standing concern for the Federal Motor |
|   |   | 05 | Vehicle Safety Standard 207, which specifies the |
|   |   | 06 | minimum requirements for seat strength, is not |
|   |   | 07 | sufficient to mitigate injury or death of a rear |
|   |   | 08 | seat occupant due to seat back collapse in a |
|   |   | 09 | rear-end collision." |
|   |   | 10 | | Did I read that correctly? |

| | | | |
|---|---|---|---|
| | | 11 | A.  I believe you read that correctly. |
| | | 12 | Q.  Does Toyota agree that -- with that |
| | | 13 | statement, that there's been long-standing concern |
| | | 14 | that the Federal Motor Vehicle Safety Standard 207, |
| | | 15 | which specifies the minimum requirements for seat |
| | | 16 | strength, is not sufficient to mitigate injury or |
| | | 17 | death of a rear seat occupant due to seat back |
| | | 18 | collapse in a rear-end collision? |
| | | 19 | MR. RICHARDSON:  Object to form. |
| | | 20 | Go ahead. |
| | | 21 | A.  As I indicated previously, the standard is |
| | | 22 | a requirement for all motor vehicles, so it is the |
| | | 23 | standard that has to be met.  Toyota's seats well |
| | | 24 | exceed the standard with multiple different types of |
| | | 25 | testing performed by Toyota to ensure that the seats |
| | | 052:01 | are strong and perform well in crashes. |
| 7 | 052:03 - 052:13 | 052:03 | Q.  But my specific question is, do you agree |
| | | 04 | with that statement, that there has been |
| | | 05 | long-standing concern that 207 is not sufficient to |
| | | 06 | mitigate injury or death in rear end -- to a rear |
| | | 07 | end occupant during a rear-end collision? |
| | | 08 | MR. RICHARDSON:  Objection; form. |
| | | 09 | Go ahead. |
| | | 10 | A.  There has been extensive discussion about |
| | | 11 | the standard over the years, but as I said, the |
| | | 12 | standard still remains to be in place today for -- |
| | | 13 | for 207. |
| 8 | 052:15 - 052:25 | 052:15 | Q.  So Toyota does agree that there has been |
| | | 16 | long-standing concern about the adequacy of 207, |
| | | 17 | correct? |
| | | 18 | MR. RICHARDSON:  Objection; form. |
| | | 19 | A.  I don't think "concern" is necessarily the |
| | | 20 | right word because Toyota meets the standards with |
| | | 21 | extensive margin and -- by building a strong seat |
| | | 22 | that's meeting this standard and their own tests. |
| | | 23 | So in the sense that it doesn't concern them as it |
| | | 24 | relates to their product because their seat is well |
| | | 25 | above the standard. |
| 9 | 053:02 - 054:01 | 053:02 | Q.  So does Toyota believe that the standard |
| | | 03 | set by 207 is not adequate; thereby, it created a |
| | | 04 | higher standard? |
| | | 05 | A.  This is the only standard that's available, |

| | | | |
|---|---|---|---|
| | | 06 | and from a worldwide perspective, I'm not aware of |
| | | 07 | another country that has a better standard.  So, no, |
| | | 08 | Toyota does not -- I don't believe Toyota believes |
| | | 09 | this standard is inadequate.  It's the standard |
| | | 10 | that's available and that must be met. |
| | | 11 | Q.    But Toyota, itself, its own standard and |
| | | 12 | its own testing requires a greater strength than the |
| | | 13 | requirement of Standard 207, correct? |
| | | 14 | A.    I believe that ultimately is the case, and |
| | | 15 | certainly Toyota will meet the standard with margin. |
| | | 16 | I would have to defer to -- the specifics to TMC |
| | | 17 | because they're the designer and developer of these |
| | | 18 | vehicles. |
| | | 19 | Q.    The last paragraph says, second sentence, |
| | | 20 | "Federal Motor Vehicle Safety Standard 207 has not |
| | | 21 | been substantially updated since it was first |
| | | 22 | adopted in 1967." |
| | | 23 | That's a true statement, correct? |
| | | 24 | A.    I believe that's accurate. |
| | | 25 | Q.    Over 50 years, correct? |
| | | 054:01 | A.    I believe the math is right. |
| 10 | 054:08 - 055:05 | 054:08 | Q.    The first question, "How many consumer |
| | | 09 | complaints and incident reports from dealerships or |
| | | 10 | field personnel involving the collapse of front |
| | | 11 | seats has your company received in each of the last |
| | | 12 | ten years?" |
| | | 13 | That's the first question, correct? |
| | | 14 | A.    Yes. |
| | | 15 | Q.    Now, that information would be available to |
| | | 16 | Toyota through the process that we discussed |
| | | 17 | earlier, correct? |
| | | 18 | MR. RICHARDSON:  Objection; form. |
| | | 19 | Go ahead. |
| | | 20 | A.    It would obviously be a result of a search |
| | | 21 | of records, yes, as we discussed earlier. |
| | | 22 | BY MR. NIX: |
| | | 23 | Q.    And that search of records would be through |
| | | 24 | the databases, particularly the TQCN database, |
| | | 25 | correct? |
| | | 055:01 | A.    Well, I believe it would be more the brand |
| | | 02 | engagement center and the legal department files. |
| | | 03 | Q.    But that is something that Toyota could |

| | | | |
|---|---|---|---|
| | | 04 | have done, correct? |
| | | 05 | A. It certainly can be done. |
| 11 | 056:22 - 057:08 | 056:22 | Q. The fourth question asked by the senators |
| | | 23 | is, "Has your company ever been involved in a |
| | | 24 | lawsuit for an incident that alleged front seat back |
| | | 25 | failure? If so, please provide the following |
| | | 057:01 | information for each of the past ten years." And |
| | | 02 | then it asks for particular information regarding |
| | | 03 | the model, the year and so forth. Correct? |
| | | 04 | A. Yes. |
| | | 05 | Q. That is information that would be available |
| | | 06 | to Toyota through its various databases, correct? |
| | | 07 | A. I believe this information could come from |
| | | 08 | the legal department. |
| 12 | 058:13 - 059:01 | 058:13 | Q. I have handed you what I've marked as |
| | | 14 | Exhibit 7. This is Toyota Motor North America's |
| | | 15 | response letter to Senator Markey and Senator |
| | | 16 | Blumenthal's letter that we just looked at, correct? |
| | | 17 | A. Yes. It's Bates 14886 to 14887. |
| | | 18 | Q. In this letter -- and you can take a moment |
| | | 19 | to look at it if you need to -- Toyota does not |
| | | 20 | answer the questions presented by the two senators, |
| | | 21 | does it? |
| | | 22 | MR. RICHARDSON: Objection; form. |
| | | 23 | A. (Reviews document.) |
| | | 24 | It does not appear that it attempted to |
| | | 25 | answer some of those very difficult questions that |
| | | 059:01 | were being asked. |
| 13 | 059:24 - 060:24 | 059:24 | In the second paragraph of that letter, it |
| | | 25 | says, "Toyota agrees with the letter submitted to |
| | | 060:01 | you by the Association of Global Automakers and the |
| | | 02 | Alliance of Automaker Manufacturers and incorporates |
| | | 03 | those comments rather than repeating them herein." |
| | | 04 | Correct? |
| | | 05 | A. Yes, it does. |
| | | 06 | (Exhibit No. 8 marked.) |
| | | 07 | BY MR. NIX: |
| | | 08 | Q. Let me hand you what I have marked as |
| | | 09 | Exhibit 8. |
| | | 10 | This is a letter dated -- this is a letter |
| | | 11 | dated June 23rd of 2016, correct? |
| | | 12 | A. Yes, it's Bates 14879 through 14885. |

|   |   | 13 | Q. And this is a letter from the Auto Alliance |
|---|---|---|---|
|   |   | 14 | and the Global Automakers that was referenced in |
|   |   | 15 | Toyota's letter to the senators, correct? |
|   |   | 16 | A. Yes, it was. |
|   |   | 17 | Q. Toyota is a member of those alliances, |
|   |   | 18 | correct? |
|   |   | 19 | A. I believe -- I believe so, yes. |
|   |   | 20 | Q. In this letter, the seven questions asked |
|   |   | 21 | are not answered, are they? |
|   |   | 22 | MR. RICHARDSON: Object to form. |
|   |   | 23 | Go ahead. |
|   |   | 24 | A. Not that I can see. |
| 14 | 061:01 - 062:20 | 061:01 | Q. If you go to page 4 of that letter, in the |
|   |   | 02 | middle of the page, which I have on the screen |
|   |   | 03 | there, the second sentence of that paragraph says, |
|   |   | 04 | "Although there is anecdotal evidence of occupant |
|   |   | 05 | injury due to poor seat performance resulting in an |
|   |   | 06 | occupant-to-occupant contact, contact with the |
|   |   | 07 | vehicle interior or even injections, it remains a |
|   |   | 08 | difficult task to assess the scope of this problem |
|   |   | 09 | on a national level." |
|   |   | 10 | Do you see that? |
|   |   | 11 | A. I do. |
|   |   | 12 | Q. You would agree there has been evidence of |
|   |   | 13 | occupant injury due to poor seat performance, |
|   |   | 14 | correct? |
|   |   | 15 | MR. RICHARDSON: Objection; form. |
|   |   | 16 | A. I'm not certain exactly what they're |
|   |   | 17 | referring to. |
|   |   | 18 | BY MR. NIX: |
|   |   | 19 | Q. The next page, page 5, it says, "A |
|   |   | 20 | subsequent study found that only one-tenth of the |
|   |   | 21 | severe injuries in rear impact crashes could be |
|   |   | 22 | attributed to seat back deformation rather than to |
|   |   | 23 | other causes." |
|   |   | 24 | Did I read that correctly? |
|   |   | 25 | A. Yes, you did. |
|   |   | 062:01 | Q. Does Toyota agree that one-tenth of severe |
|   |   | 02 | injuries in rear impact crashes could be attributed |
|   |   | 03 | to seat back deformation? |
|   |   | 04 | MR. RICHARDSON: Objection; form. |
|   |   | 05 | A. I can't state one way or another. It's -- |

|    |                   |        |                                                                 |
|----|-------------------|--------|-----------------------------------------------------------------|
|    |                   | 06     | I would have to try to check that out.  I'm not                 |
|    |                   | 07     | certain.                                                        |
|    |                   | 08     | BY MR. NIX:                                                     |
|    |                   | 09     | Q.   But you will agree, at least in Toyota's                   |
|    |                   | 10     | letter that we saw just a moment ago, Toyota agreed             |
|    |                   | 11     | with the letter presented by these two trade                    |
|    |                   | 12     | organizations, correct?                                         |
|    |                   | 13     | A.   Yes.                                                       |
|    |                   | 14     | Q.   Do you -- does Toyota know what one-tenth                  |
|    |                   | 15     | of severe injuries would be in terms of raw numbers             |
|    |                   | 16     | of individuals who suffered severe injuries?                    |
|    |                   | 17     |          MR. RICHARDSON:  Objection; form.                      |
|    |                   | 18     | A.   Well, obviously, it's a -- it's a very                     |
|    |                   | 19     | small percentage of the total number of injuries                |
|    |                   | 20     | that are occurring in crashes.                                  |
| 15 | 064:08 - 064:23   | 064:08 | Q.   What -- what is the number of sales of the                 |
|    |                   | 09     | '20 to '22 Toyota Corolla model series?                         |
|    |                   | 10     | A.   I don't have the full sales numbers for --                 |
|    |                   | 11     | for those vehicles.  I do know that the 2020                    |
|    |                   | 12     | Corolla, there was -- the total number of sales was             |
|    |                   | 13     | about 234,000 vehicles.                                         |
|    |                   | 14     |          MR. RICHARDSON:  Did you say 234,000?                  |
|    |                   | 15     |          THE WITNESS:  Yes.                                     |
|    |                   | 16     | BY MR. NIX:                                                     |
|    |                   | 17     | Q.   Were those all sold in America?                            |
|    |                   | 18     | A.   I'm sorry, I did say that.  I meant to say                 |
|    |                   | 19     | 334,000.                                                        |
|    |                   | 20     |          THE WITNESS:  Thank you.                               |
|    |                   | 21     | BY MR. NIX:                                                     |
|    |                   | 22     | Q.   Were those all sold in America?                            |
|    |                   | 23     | A.   Yes, that's U.S. sales.                                    |
| 16 | 065:10 - 065:19   | 065:10 | Q.   In terms of the different models of                        |
|    |                   | 11     | vehicles that Toyota sold in 2020 in America, where             |
|    |                   | 12     | does Corolla rank in the number of units?                       |
|    |                   | 13     | A.   It's one of the -- the bigger sellers.  I                  |
|    |                   | 14     | believe there -- it's -- I don't -- I don't have it             |
|    |                   | 15     | listed out.  I'm going off memory.  I believe it's              |
|    |                   | 16     | in one of the top five, I believe, Rav 4 and Camry.             |
|    |                   | 17     | I'm not sure if Camry is higher or in the same                  |
|    |                   | 18     | ballpark.  I believe Rav 4 is more.  But it's a --              |
|    |                   | 19     | it's a good seller.                                             |
| 17 | 067:20 - 068:16   | 067:20 | Q.   Does Toyota lobby Congress?  Senate?                       |

| | | | |
|---|---|---|---|
| | | 21 | MR. RICHARDSON: Objection; form. And |
| | | 22 | we have -- this is currently an issue before the |
| | | 23 | Court. |
| | | 24 | Go ahead. |
| | | 25 | We have objected also on the notice. |
| | | 068:01 | A.   I'm not aware of any government interaction |
| | | 02 | as it relates to seat standards, but there is |
| | | 03 | governmental affairs that works with the government |
| | | 04 | on emerging issues and regulatory issues and |
| | | 05 | questions back and forth. So there's a lot of |
| | | 06 | interaction, but I'm not aware of any lobbying, per |
| | | 07 | se, as it relates to the FMVSS standards. |
| | | 08 | BY MR. NIX: |
| | | 09 | Q.   Toyota does have a government affairs |
| | | 10 | office in Washington, D.C., correct? |
| | | 11 | A.   Yes, I believe they do. |
| | | 12 | Q.   And Toyota, through that office, educates |
| | | 13 | members of the Congress about Toyota? |
| | | 14 | MR. RICHARDSON: Objection; form. |
| | | 15 | A.   I think they have in the past, yes, there's |
| | | 16 | interactions like that. |
| 18 | 077:07 - 078:07 | 077:07 | Q.   Toyota has known long before 2020 that |
| | | 08 | there was a risk of a front seat occupant making |
| | | 09 | contact with an occupant in the back seat if the |
| | | 10 | seat back went too far rearward in a rear-end |
| | | 11 | collision, correct? |
| | | 12 | MR. RICHARDSON: Objection; form. |
| | | 13 | A.   Certainly, if -- if a crash is very severe |
| | | 14 | or unique in many ways, you can potentially have |
| | | 15 | contact since they're in the same vehicle. So I |
| | | 16 | think it's possible that that could happen. |
| | | 17 | BY MR. NIX: |
| | | 18 | Q.   Toyota has known long before 2020 that |
| | | 19 | there were reports of occupants making contact with |
| | | 20 | the occu- -- front seat occupants making contact |
| | | 21 | with occupants in the back seat because the seat |
| | | 22 | back went back too far rearward, allowing the front |
| | | 23 | seat occupant to ramp over the seat and collide with |
| | | 24 | the back seat occupant, true? |
| | | 25 | MR. RICHARDSON: Objection; form. |
| | | 078:01 | Go ahead. |
| | | 02 | A.   Well, these vehicles that are -- Toyota |

| | | | |
|---|---|---|---|
| | | 03 | vehicles are designed to provide reasonable safety, |
| | | 04 | but it doesn't preclude that some accidents can be |
| | | 05 | so severe that injuries can still occur to occupants |
| | | 06 | in the front seat or in the rear seat in a |
| | | 07 | rear-impact type situation. |
| 19 | 085:01 - 086:17 | 085:01 | IN THE UNITED STATES DISTRICT COURT |
| | | | FOR THE WESTERN DISTRICT OF OKLAHOMA |
| | | 02 | |
| | | 03 | NICK SHAFFER and CHARLA            * |
| | | | SHAFFER, Individually, and         * |
| | | 04 | NICK AND CHARLA SHAFFER, As        * |
| | | | Parents and Next Friends of        * |
| | | 05 | HOPE SHAFFER, Deceased,            * |
| | | |        Plaintiffs,            * |
| | | 06 |                           * |
| | | | VS.                                *    Case No. |
| | | 07 |                           *    5:22-cv-00151-R |
| | | | TOYOTA MOTOR CORPORATION,          * |
| | | 08 | TOYOTA MOTOR NORTH AMERICA,        * |
| | | | INC., TOYOTA MOTOR                 * |
| | | 09 | ENGINEERING & AMERICA, INC.,       * |
| | | | TOYOTA MOTOR MANUFACTURING         * |
| | | 10 | KENTUCKY, INC., TOYOTA MOTOR       * |
| | | | MANUFACTURING MISSISSIPPI,         * |
| | | 11 | INC., TOYOTA MOTOR SALES,          * |
| | | | USA, INC., GULF STATES             * |
| | | 12 | TOYOTA, INC.,                      * |
| | | |        Defendants.            * |
| | | 13 | REPORTER'S CERTIFICATION |
| | | 14 | DEPOSITION OF BARRY HARE |
| | | | AUGUST 2, 2024 |
| | | 15 | |
| | | 16 | I, CHRISTY R. SIEVERT, CSR, RPR, in |
| | | 17 | and for the State of Texas, hereby certify to the |
| | | 18 | following: |
| | | 19 | That the witness, BARRY HARE, was duly |
| | | 20 | sworn by the officer and that the transcript of the |
| | | 21 | oral deposition is a true record of the testimony |
| | | 22 | given by the witness; |
| | | 23 | I further certify that the signature of |
| | | 24 | the deponent was requested by the deponent or a |
| | | 25 | party and is to be returned within 30 days from date |

```
086:01  of receipt of the transcript.  If returned, the
   02   attached Changes and Signature Page contains any
   03   changes and the reasons therefor;
   04          I further certify that I am neither
   05   counsel for, related to, nor employed by any of the
   06   parties or attorneys in the action in which this
   07   proceeding was taken, and further that I am not
   08   financially or otherwise interested in the outcome
   09   of the action.
   10          Subscribed and sworn to on this the 14th
   11   day of August, 2024.
   12
   13
   14                       _____
   15                       CHRISTY R. SIEVERT, CSR, RPR
                            Texas CSR 8172
   16                       Expiration Date:  4-30-2025
   17
```