| Clerk of the House of Representatives<br>Legislative Resource Center<br>135 Cannon Building<br>Washington, DC 20515<br>http://lobbyingdisclosure.house.gov | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510<br>http://www.senate.gov/lobby |
|---|---|

# LOBBYING REPORT

Lobbying Disclosure Act of 1995 (Section 5) - **All Filers Are Required to Complete This Page**

**1. Registrant Name** ☑ Organization/Lobbying Firm  ☐ Self Employed Individual
TOYOTA MOTOR NORTH AMERICA, INC. (TMA)

**2. Address**
Address1: 325 7th Street NW   Address2: Suite 1000
City: WASHINGTON   State: DC   Zip Code: 20004   Country: USA

**3. Principal place of business (if different than line 2)**
City:   State:   Zip Code:   Country:

**4a. Contact Name**   **b. Telephone Number**   **c. E-mail**   **5. Senate ID#** 38266-12

**7. Client Name** ☑ Self  ☐ Check if client is a state or local government or instrumentality
TOYOTA MOTOR NORTH AMERICA, INC. (TMA)   **6. House ID#** 308840000

**TYPE OF REPORT**   **8. Year** 2016   Q1 (1/1 - 3/31) ☐   Q2 (4/1 - 6/30) ☑   Q3 (7/1 - 9/30) ☐   Q4 (10/1 - 12/31) ☐

9. Check if this filing amends a previously filed version of this report ☐
10. Check if this is a Termination Report ☐   Termination Date _____   11. No Lobbying Issue Activity ☐

## INCOME OR EXPENSES - YOU MUST complete either Line 12 or Line 13

**12. Lobbying**
INCOME relating to lobbying activities for this reporting period was:

Less than $5,000 ☐

$5,000 or more ☐   $ _____

Provide a good faith estimate, rounded to the nearest $10,000, of all lobbying related income for the client (including all payments to the registrant by any other entity for lobbying activities on behalf of the client).

**13. Organizations**
EXPENSE relating to lobbying activities for this reporting period were:

Less than $5,000 ☐

$5,000 or more ☑   $ 1,730,000.00

**14. REPORTING** Check box to indicate expense accounting method. See instructions for description of options.

☐ **Method A.** Reporting amounts using LDA definitions only

☐ **Method B.** Reporting amounts under section 6033(b)(8) of the Internal Revenue Code

☑ **Method C.** Reporting amounts under section 162(e) of the Internal Revenue Code

**Signature**   Digitally Signed By: Mark Johnson   **Date** 7/19/2016 1:57:38 PM

5:22-cv-151-R
**EXHIBIT**
**Plfs' 13**
Obj to Defs' Motion for Summary Judgment

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code CPT

16. Specific lobbying issues

S. 560 PARTS Act
H.R. 1057 PARTS Act

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. HOUSE OF REPRESENTATIVES, U.S. SENATE

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Mark | Johnson | | | ☐ |
| Charles | Ing | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

Toyota Motor Corporation is a global manufacturer and has 100 percent ownership of U.S. subsidiaries that engage in like activities and has an interest in legislation that impacts patent law.

LOBBYING ACTIVITY. Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TRD

16. Specific lobbying issues

> Trans Pacific Partnership
> Trans-Atlantic Trade and Investment Partnership (TTIP)

17. House(s) of Congress and Federal agencies ☐ Check if None

> U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES, Commerce - Dept of (DOC), U.S. Trade Representative (USTR)

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Yuri | Unno | | | ☐ |
| Stephen | Ciccone | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

> Toyota Motor Corporation is a global manufacturer and has 100% ownership of U. S. subsidiaries that engage in like activities an interest in free trade, open investment, and preventing imposition of market-distorting trade policies.

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code ENV

16. Specific lobbying issues

| |
|---|
| S. 697 Frank R. Lautenberg Chemical Safety for the 21st Century Act |
| H.R. 2576, TSCA Modernization Act of 2015 |
| H.R. 4715, Recognizing the Protection of Motorsports Act of 2016 |
| S.2659, Recognizing the Protection of Motorsports Act of 2016 |

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Charles | Ing | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

Toyota Motor Corporation exports motor vehicles to the U.S. and has 100% ownership of U.S. subsidiaries that manufacture, import, and distribute vehicles and has an interest the chemicals used to produce vehicle parts and vehicles.

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TAX

16. Specific lobbying issues

Expiring tax provisions related to TAX Credit for Fuel Cell vehicles and infrastructure
IRS Proposed Regulations to Section 385

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Charles | Ing | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

Toyota Motor Corporation exports motor vehicles to the U.S. and has 100% ownership of U.S. subsidiaries that manufacture, import, and distribute vehicles and has an interest in tax provisions that stimulate economic growth and advance technology vehicles.

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code CSP

16. Specific lobbying issues

| |
|---|
| Data Privacy |
| Data breach notification legislation |
| S. 754 Cybersecurity Information Act |
| HR 1560 Protecting Cyber Networks Act |
| HR 1737 National Cybersecurity Protection Advancement Act |

17. House(s) of Congress and Federal agencies  ☐ Check if None

| |
|---|
| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES, Federal Trade Commission (FTC), Commerce - Dept of (DOC) |

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Hilary | Cain | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above  ☐ Check if None

| |
|---|
| Toyota Motor Corporation exports motor vehicles to the U.S. and has 100% ownership of U.S. subsidiaries that manufacture, import and distribute vehicles and has an interest in vehicle data privacy and cybersecurity of vehicles. |

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code TEC

16. Specific lobbying issues

S. 424, Wi-Fi Innovation Act
H.R. 5125, Wi-Fi Innovation Act
Intelligent transportation systems
Vehicle-to-vehicle, vehicle-to-infrastructure communication

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Hilary | Cain | | | ☐ |
| Charles | Ing | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

Toyota Motor Corporation exports motor vehicles to the U.S. and has 100% ownership of U.S. subsidiaries that manufacture, import and distribute vehicles and has an interest in intelligent transportation technologies.

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code LAW

16. Specific lobbying issues

| Electronic Communications Privacy Act |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Hilary | Cain | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

| Toyota Motor Corporation is a global manufacturer and has 100 percent ownership of U.S. subsidiaries that engage in like activities and has an interest in legislation that impacts electronic communications. |
|---|

LOBBYING ACTIVITY. Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code EDU

16. Specific lobbying issues

H.R. 5587 "Strengthening Career and Technical Education for the 21st Century Act"

17. House(s) of Congress and Federal agencies ☐ Check if None

U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Robert | Chiappetta | | | ☐ |
| Yuri | Unno | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

Toyota Motor Corporation exports motor vehicles to the U.S. and has 100 percent ownership of U.S. subsidiaries that manufacture, import and distribute vehicles and has an interest in supporting efforts to create stronger workforce in the U.S.

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code  HOM

16. Specific lobbying issues

| |
|---|
| HR 4651 Digital Security Commission Act of 2016 |
| S 2604 Digital Security Commission Act of 2016 |

17. House(s) of Congress and Federal agencies  ☐ Check if None

| |
|---|
| U.S. SENATE, U.S. HOUSE OF REPRESENTATIVES |

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Hilary | Cain | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above  ☐ Check if None

| |
|---|
| Toyota Motor Corporation exports motor vehicles to the U.S. and has 100% ownership of U.S. subsidiaries that manufacture, import and distribute vehicles and has an interest in encryption and cybersecurity. |

**LOBBYING ACTIVITY.** Select as many codes as necessary to reflect the general issue areas in which the registrant engaged in lobbying on behalf of the client during the reporting period. Using a separate page for each code, provide information as requested. Add additional page(s) as needed.

15. General issue area code ENG

16. Specific lobbying issues

| EPA/NHTSA: GHG/Fuel economy regulations |
|---|

17. House(s) of Congress and Federal agencies ☐ Check if None

| Environmental Protection Agency (EPA), Natl Highway Traffic Safety Administration (NHTSA) |
|---|

18. Name of each individual who acted as a lobbyist in this issue area

| First Name | Last Name | Suffix | Covered Official Position (if applicable) | New |
|---|---|---|---|---|
| Charles | Ing | | | ☐ |

19. Interest of each foreign entity in the specific issues listed on line 16 above ☐ Check if None

| Toyota Motor Corporation exports motor vehicles to the U.S. and has 100 percent ownership of U.S. subsidiaries that manufacture, import and distribute vehicles and has interest in motor vehicle fuel economy standards. |
|---|

**Information Update Page** - Complete ONLY where registration information has changed.

20. Client new address

Address _____

City _____  State _____  Zip Code _____  Country _____

21. Client new principal place of business (if different than line 20)

City _____  State _____  Zip Code _____  Country _____

22. New General description of client's business or activities

_____

## LOBBYIST UPDATE

23. Name of each previously reported individual who is no longer expected to act as a lobbyist for the client

| | First Name | Last Name | Suffix | | First Name | Last Name | Suffix |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | | | |
| 2 | | | | 4 | | | |

## ISSUE UPDATE

24. General lobbying issue that no longer pertains

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## AFFILIATED ORGANIZATIONS

25. Add the following affiliated organization(s)

Internet Address:

| Name | Address | | | | Principal Place of Business (city and state or country) |
|---|---|---|---|---|---|
| | Street Address | | | | City |
| | City | State/Province | Zip | Country | State    Country |

26. Name of each previously reported organization that is no longer affiliated with the registrant or client

| 1 | 2 | 3 |

## FOREIGN ENTITIES

27. Add the following foreign entities:

| Name | Address<br>Street Address<br>City     State/Province     Country | Principal place of business<br>(city and state or country) | Amount of contribution for lobbying activities | Ownership percentage in client |
|---|---|---|---|---|
|  |  | City<br>State     Country |  | % |

28. Name of each previously reported foreign entity that no longer owns, or controls, or is affiliated with the registrant, client or affiliated organization

| 1 | 3 | 5 |
| 2 | 4 | 6 |