# TOYOTA
TOYOTA MOTOR CORPORATE SERVICES OF NORTH AMERICA, INC.

WASHINGTON OFFICE
1850 M STREET, N.W., WASHINGTON, D.C. 20036

TEL: (202) 775-1707
FAX: (202) 463-8513

January 29, 1993

National Highway Traffic Safety Administration
Docket Section -- Room 5109
400 Seventh Street, S.W.
Washington, D.C. 20590

RE: Docket No. 89-20; Notice 3
    57 FR 54958
    November 23, 1992

The following are Toyota Motor Corporation's (Toyota) comments to Docket No. 89-20, Notice 3, Request for Comments on Federal Motor Vehicle Safety Standards, <u>Seating Systems</u> and <u>Head Restraints</u>.

In general, Toyota believes that in total occupant crash safety, energy absorption by controlled seat back deflection must be considered at the same time as stronger and/or stiffer seat backs. Toyota believes that in the interest of harmonization of vehicle regulations, NHTSA should bring the current 3300 inch-pound moment strength requirements of FMVSS 207 in line with the 4690 inch-pound static strength requirements of ECE 17.

Toyota is opposed to a dynamic test of seat back strength, because it is unclear at this time at just what level seat back strength should be for optimum occupant safety. A dynamic test of seat back strength (specifying that the seat back remain at a given angle) conducted along the lines of the rear impact test of FMVSS 301 with a seated test dummy would not, we believe, provide repeatable and comparable test results. Nor would it be reasonable, since during a 30 or 35 mph rear impact, seat back strength would need to increased <u>many times over</u> the current FMVSS 207 levels in order to retain the seat back angle during a crash with possible adverse effects on the energy absorption benefits provided by controlled seat back deflection. Toyota, therefore, believes such a requirement to be impracticable.



5:22-cv-151-R
**EXHIBIT**
**Plfs' 14**
Obj to Defs' Motion for Summary Judgment

TOY-SHAFFER-00015682

### Question 1

The front and rear seating systems of our vehicles have been designed to meet or exceed the requirements of FMVSS 207 and ECE 17. Toyota has conducted dynamic rear impact testing of front seat back strength (at 30 mph with test dummies) on its vehicles, and confirmed that there were no failures of any functional parts (e.g., front seat reclining lock, seat travel lock). At present, Toyota does not have a calculation model from which to obtain sufficiently reliable analytical data.

### Question 2

The types of locks referred to in the Notice were adopted for structural and ease of use considerations. Toyota's seat locks meet the legally mandated performance requirements. Furthermore we believe there is no problem concerning the performance of these types of locking devices.

### Question 3

Please refer to Attachment I. We were unsure of NHTSA's definition of "components" for this item, so we have provided the weights for our seating system assemblies. For example, what is to be included for a specific component, such as a seat back? If a more detailed weight breakdown is necessary, Toyota will provide additional data upon request.

### Question 4

The current FMVSS 207 test procedures provide consistent and comparable test results and testing can easily be performed by the seat manufacturer, as no vehicle structure is involved. If the test procedures were to be revised, Toyota believes that a static test of seating system strength should be considered. As mentioned in our general comments, we believe that it is difficult to set objective criteria for a dynamic seat back strength test. Before considering a dynamic test of seating system strength, NHTSA should conduct a comparative analysis of dynamic test data with real world accident data.

TOY-SHAFFER-00015683

Toyota has not evaluated the frictional coefficient of seat back surfaces. Considering the deformation performance of seating systems and test dummy dynamics, Toyota believes the current testing devices (Hybrid II or III) are adequate. However, a totally new test dummy would need to be developed if NHTSA were to set injury criteria for rear impacts. As for what injury criteria might be adopted, Toyota believes that neck and lumbar injury criteria are possibilities, but recommends that NHTSA first investigate real world accident data before determining what injury criteria to consider.

Again, we believe that replacing the current test procedure with an actual vehicle test would make an objective analysis of seating system integrity extremely difficult, and thus are opposed to the inclusion of such a requirement in FMVSS 207. Toyota believes that NHTSA should continue analysis of accident data to determine whether a revision of the current <u>static</u> test requirements would be appropriate before proposing a <u>dynamic</u> strength requirement.

Question 5

Please refer to Attachment I for an itemization of head restraint types. 27 percent of Toyota's production vehicles in 1992 have integral head restraints on their front outboard seats. However, because some models are equipped with different head restraint types in the same vehicle, a single calculation of the percentage of vehicles sold in the U.S. with integral head restraints is not readily obtainable. If NHTSA feels this percentage is absolutely necessary for its investigation, Toyota will submit sufficient information for NHTSA to use in whatever calculation method it chooses at a later date upon request.

Question 6

Toyota has carried out some very limited technical study of integrated seating systems in the course of its research, but does not have the type of data NHTSA is requesting in this Notice.

Question 7

Toyota does not have sufficient appropriate data to comment. It hopes that NHTSA will take the lead in this area in investigation and study of accident data.

- 3 -

TOY-SHAFFER-00015684

Should NHTSA have any questions on the contents of this comment, please contact Mr. S. Okudaira of my staff at (202) 775-1707.

Sincerely,

TOYOTA MOTOR CORPORATE SERVICES
OF NORTH AMERICA, INC.

Saburo Inui
Vice President

SI:ds
Attachments

- 4 -

ATTACHMENT I

Note: This table does not include seats the seat backs of which are installed directly on and supported by the vehicle body structure.

## TOYOTA 1993 MODELS

| MODEL | SEAT TYPE | DIMENSION (mm) A | DIMENSION (mm) B | HEAD RESTRAINT TYPE | WEIGHT (Kg) |
|---|---|---|---|---|---|
| TERCEL | FRONT SEAT | 728 | 0 | INTEGRAL | ≠ 15.2 |
| PASEO | FRONT SEAT | 741 | 0 | INTEGRAL | ≠ 15.8 |
| COROLLA | FRONT SEAT A | 736 | 45 | ADJUSTABLE | ≠ 15.5 |
|  | FRONT SEAT B | 709 | 72 | ADJUSTABLE | ≠ 13.7 |
|  | REAR SEAT FOR WAGON | 636 | 0 | NA | 19.1 |
| CELICA | FRONT SEAT A | 686 | 73 | ADJUSTABLE | ≠ 17.4 |
|  | FRONT SEAT B | 718 | 73 | ADJUSTABLE | ≠ 17.4 |
|  | FRONT SEAT C | 721 | 75 | ADJUSTABLE | ≠ 22.5 |
|  | REAR SEAT FOR LIFT BACK | 685 | 0 | NA | 17.0 |
| MR2 | FRONT SEAT A | 706 | 87 | ADJUSTABLE | ≠ 17.9 |
|  | FRONT SEAT B | 726 | 67 | ADJUSTABLE | ≠ 16.8 |
| CAMRY | FRONT SEAT A | 700 | 87 | ADJUSTABLE | ≠ 18.9 |
|  | FRONT SEAT B | 696 | 91 | ADJUSTABLE | ≠ 17.0 |
|  | REAR SEAT FOR WAGON | 635 | 54 | ADJUSTABLE | 23.2 |
| SUPRA | FRONT SEAT | 721 | 36 | ADJUSTABLE | ≠ 30.6 |
|  | REAR SEAT | 650 | 0 | NA | 13.0 |
| LAND CRUISER | FRONT SEAT A | 667 | 102 | ADJUSTABLE | ≠ 19.4 |
|  | FRONT SEAT B | 682 | 78 | ADJUSTABLE | ≠ 29.3 |
|  | MIDDLE-ROW | 668 | 99 | ADJUSTABLE | 21.3 |
|  | THIRD-ROW | 597 | 117 | ADJUSTABLE | 19.3 |
| PREVIA | FRONT SEAT | 770 | 0 | INTEGRAL | ≠ 20.5 |
|  | MIDDLE-ROW A | 670 | 60 | ADJUSTABLE | 28.0 |
|  | MIDDLE-ROW B | 680 | 45 | ADJUSTABLE | 32.0 |
|  | MIDDLE-ROW C | 770 | 0 | INTEGRAL | 33.0 |
|  | THIRD-ROW | 770 | 0 | INTEGRAL | 17.0 |

DIMENSION: DESIGN DIMENSION.    WEIGHT: DESIGN WEIGHT.    ≠: DRIVER'S SEAT

## TOYOTA 1993 MODELS

| MODEL | SEAT TYPE | DIMENSION (mm) A | B | HEAD RESTRAINT TYPE | WEIGHT (Kg) |
|---|---|---|---|---|---|
| TRUCK (STANDARD BED) | FRONT SEAT A | 727 | 0 | INTEGRAL | 25.2 |
| | FRONT SEAT B | 724 | 26 | ADJUSTABLE | ǂ 13.2 |
| | FRONT SEAT C | 730 | 25 | ADJUSTABLE | ǂ 16.9 |
| TRUCK (XTRA CAB) | FRONT SEAT D | 724 | 46 | ADJUSTABLE | ǂ 20.2 |
| | FRONT SEAT E | 731 | 39 | ADJUSTABLE | ǂ 20.7 |
| 4RUNNER | FRONT SEAT A | 724 | 46 | ADJUSTABLE | ǂ 15.5 |
| | FRONT SEAT B | 727 | 29 | ADJUSTABLE | ǂ 17.9 |
| | REAR SEAT | 656 | 53 | ADJUSTABLE | 17.1 |
| T100 | FRONT SEAT A | 741 | 0 | INTEGRAL | 30.2 |
| | FRONT SEAT B | 720 | 40 | ADJUSTABLE | 33.7 |
| | FRONT SEAT C | 720 | 40 | ADJUSTABLE | ǂ 26.7 |

## LEXUS 1993 MODELS

| MODEL | SEAT TYPE | DIMENSION (mm) A | B | HEAD RESTRAINT TYPE | WEIGHT (Kg) |
|---|---|---|---|---|---|
| ES300 | FRONT SEAT | 687 | 89 | ADJUSTABLE | ǂ 26.4 |
| SC300/400 | FRONT SEAT | 748 | 34 | ADJUSTABLE | ǂ 31.3 |
| GS300 | FRONT SEAT | 731 | 53 | ADJUSTABLE | ǂ 27.0 |
| LS400 | FRONT SEAT A | 741 | 49 | ADJUSTABLE | ǂ 29.5 |
| | FRONT SEAT B | 741 | 54 | ADJUSTABLE | ǂ 32.6 |

DIMENSION; DESIGN DIMENSION.    WEIGHT; DESIGN WEIGHT.    ǂ; DRIVER'S SEAT