# TOYOTA

**TOYOTA MOTOR NORTH AMERICA, INC.**

WASHINGTON OFFICE
325 SEVENTH STREET, NW - SUITE 1000, WASHINGTON, DC 20004

TEL: (202) 775-1700
FAX: (202) 822-0928

June 23, 2016

The Honorable Edward Markey
United States Senator
255 Dirksen Senate Office Building
Washington, D.C. 20510

The Honorable Richard Blumenthal
United States Senator
706 Hart Senate Office Building
Washington, D.C. 20510

Dear Senators Markey and Blumenthal:

I am writing in response to your letter dated May 25, 2016, requesting information about seat back strength requirements. Toyota shares your concern for the protection of all vehicle occupants, in all crash modalities. We engineer our vehicles to meet or exceed the federal motor vehicle safety standards, including FMVSS 207. It has been Toyota's mission to design seats for its vehicles that provide a balance of safety for the full range of rear-end, frontal and side impact crashes which occur on roadways on a daily basis. To achieve those objectives, Toyota has designed energy absorbing seatbacks which yield or deform ("yield") enough to account for occupant dynamics and minimize injury exposure in both frontal and rear-impact crashes.

Toyota agrees with the letter submitted to you by the Association of Global Automakers (Global Automakers) and the Alliance of Automobile Manufacturers (the Alliance) and incorporates those comments, rather than repeating them, herein. Among other things, the Global Automakers and the Alliance explain the engineering challenges in balancing between rigid seat backs and those that deform to absorb crash energy. Their letter also provides additional context through which consideration of seat back, and indeed rear impact protection, regulation should be viewed. As with all motor vehicle safety regulation, it is imperative that new or enhanced requirements not create more harmful, unintended results.

Toyota has a lengthy and robust safety culture. As part of our culture of continued improvement, we design, develop and apply new technology to the benefit of our customers. We also ensure that changes are viewed holistically and take into account the full range of potential benefits and possible harms resulting from intrinsic engineering trade-offs. We have studied the issue of front seat design over five decades dating back to the 1960s, and understand the debate between yielding versus rigid (stiff) seats. Our approach to seat design includes controlled rearward yielding of the seatback, which is an accepted form of collision energy management and helps reduce the collision energy applied directly to the occupant. In addition, Toyota conducts sled tests in a simulated rear impact configuration to evaluate seat back deflection with specific target. Toyota conducts these tests at a higher speed (more severe conditions) than is required by FMVSS 301, and the occupant ride down/energy management that can be observed consistently demonstrates good seat performance. In short, Toyota designs and tests its vehicles to meet and exceed the FMVSS with significant margin. We believe that our seating designs provide appropriate protection to all occupants in all crash modes without imposing undue risks and creating unanticipated harms.

5:22-cv-151-R
**EXHIBIT**
**Plfs' 15**
Obj to Defs' Motion for Summary Judgment

TOY-SHAFFER-00014886

Analyzing real-world accidents is a key component to improving vehicle safety at Toyota. This has led to advances in passive safety technologies, such as the concept of omni-directional compatibility, pedestrian injury-lessening vehicle bodies, and front seats based on the Whiplash Injury Lessening (WIL) concept. Notably, WIL seats are designed by Toyota to reach that balance between effective energy-absorbing front seats with the capability of reducing instances of whiplash in rear collisions by restraining an occupant's head and torso simultaneously during a low speed collision. Mindful of the relatively high occurrence of whiplash injuries in lower speed rear-end collisions, Toyota re-assessed the seat size, positioning of the seatback frame and headrest, and also increased the rigidity of the seat frame in designing the WIL concept seats. The WIL seat is a larger seat designed to reduce the risk of injury, especially upper spine injuries in low speed impacts; this is accomplished by reducing the differential motion of the head and torso, i.e., keeping an occupant's head and torso moving together.

The WIL seat's overall increased size results in a more rigid seatback frame structure that still yields. WIL seatback performance assists in occupant protection and mitigation of injuries to both front and rear seat occupants. Toyota first introduced the WIL seat in the United States in January 1998, and continues to build and improve upon the WIL concept seat incorporated in its vehicles today.

Toyota is and remains committed to enhancing safety in all of our vehicles and for all passengers in our vehicles.

*   *   *

This letter is based on reasonably available information and is not intended to and does not capture each and every issue regarding seat back requirements.

Thank you for the opportunity to address these important issues. We value the questions and concerns you raise, and look forward to continuing to work with you to promote safety without causing unanticipated harms.

Sincerely,

Stephen Ciccone
Group Vice President
Government Affairs

TOY-SHAFFER-00014887