Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
2              FOR THE WESTERN DISTRICT OF OKLAHOMA
3
4       NICK SHAFFER AND CHARLA         )
        SHAFFER, INDIVIDUALLY, AND      )
5       NICK AND CHARLA SHAFFER, AS     )
        PARENTS AND NEXT FRIENDS OF     )
6       HOPE SHAFFER, DECEASED,         )
                                        )
7                 PLAINTIFFS,           )
                                        ) CASE NO. 5:22-CV-00151-R
8            VS.                        )
                                        )
9       TOYOTA MOTOR CORPORATION,       )
        TOYOTA MOTOR NORTH AMERICA,     )
10      INC., TOYOTA MOTOR ENGINEERING  )
        & MANUFACTURING NORTH AMERICA,  )
11      INC., TOYOTA MOTOR              )
        MANUFACTURING MISSISSIPPI,      )
12      INC., TOYOTA MOTOR SALES, USA,  )
        INC., GULF STATES TOYOTA,       )
13      INC., AND BOB HOWARD MOTORS,    )
        INC., DBA BOB HOWARD TOYOTA,    )
14                                      )
                  DEFENDANTS.           )
15      _____)
16
17
18
19            DEPOSITION OF EXPERT STEVEN MEYER
20                 TUESDAY, AUGUST 13, 2024
21
22
23
24      JOB NO. 6727061
25      REPORTED BY:  TAMARA L. CARLSON
                      CSR NO. 12555
26
```

Exhibit 2

Page 73

1   A.   That's one way to do it, assuming that's an
2   important number.
3   Q.   And I take it you don't put an inch pound
4   value on what a safe seat is and what a safe seat
5   isn't?
6   A.   Correct.
7   Q.   Have you ever provided any comments to the
8   NHTSA with regard to 207 rule making?
9   A.   I don't think I have.
10  Q.   And you understand that that topic is up
11  for discussion again?
12  A.   I don't recall as I sit here the current
13  status of it.  I do recall that there was a mandate
14  that they do something.  Whether or not -- I'd have
15  to go back and look at the schedule.  I don't recall
16  it.  But, yes, it is hopefully up for discussion
17  again.
18  Q.   Why haven't you provided comments or ever
19  petitioned the NHTSA for a change in 207?
20       That must have been a good question.
21  A.   I -- in having a little experience with how
22  it works and how they work, without a docket being
23  open, I'm not optimistic in any way, shape, or form
24  that I could get one opened.  So the choice or the
25  approach that I have taken is to continue my work in