**BARRY HARE**  30(b)(6)

```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF OKLAHOMA


NICK SHAFFER and CHARLA          *
SHAFFER, Individually, and       *
NICK AND CHARLA SHAFFER, As      *
Parents and Next Friends of      *
HOPE SHAFFER, Deceased,          *
        Plaintiffs,              *
                                 *
VS.                              *   Case No.
                                 *   5:22-cv-00151-R
TOYOTA MOTOR CORPORATION,        *
TOYOTA MOTOR NORTH AMERICA,      *
INC., TOYOTA MOTOR               *
ENGINEERING & AMERICA, INC.,     *
TOYOTA MOTOR MANUFACTURING       *
KENTUCKY, INC., TOYOTA MOTOR     *
MANUFACTURING MISSISSIPPI,       *
INC., TOYOTA MOTOR SALES,        *
USA, INC., GULF STATES           *
TOYOTA, INC.,                    *
        Defendants.              *


***********************************************************

       ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
          TOYOTA MOTOR NORTH AMERICA, INC., and
             TOYOTA MOTOR SALES, USA, INC.,
         THROUGH ITS DESIGNATED REPRESENTATIVE,
                       BARRY HARE
                    AUGUST 2, 2024

***********************************************************




REPORTED BY:

CHRISTY R. SIEVERT, CSR, RPR
```

Dodson Court Reporting & Legal Video
http://www.dodsonreporting.net

Exhibit 3

30(b)(6)

BARRY HARE

27

1  inputted into the -- into the quality database.
2      Q.  Is there a particular name that is given to
3  those reports?
4      A.  They're -- they're called field technical
5  reports, FTRs.
6      Q.  Is there a -- any communications with any
7  federal agency that occurs following inspection of a
8  vehicle that has been involved in a collision where
9  there is an allegation that there was a defect in
10 the vehicle result- -- sorry -- resulting in serious
11 injury?
12     A.  I believe there's TREAD reporting going on,
13 so the field technical reports and other
14 communications do occur on a regular basis with the
15 federal government about real-world performance.
16 And if they have questions, there may be follow-up
17 about -- about those inspections.
18     Q.  Are the reports sent to the federal
19 government, the field technical reports?
20     A.  Yes, I believe they would be.
21     Q.  What agency are they sent to?
22     A.  I believe it's NHTSA.
23     Q.  Are those reports sent to the NHTSA with
24 correspondence from Toyota?
25     A.  I'm not specific as to what correspondence

BARRY HARE

30(b)(6)

28

```
 1   would -- would go with them.  I don't -- I don't
 2   know.
 3        Q.   Do you know what the threshold is for when
 4   a report is sent to the National Highway Traffic
 5   Safety Administration based upon an inspection
 6   following a collision?
 7             MR. RICHARDSON:  Objection; form and
 8   foundation.
 9             Go ahead.
10        A.   My recollection was that field reports like
11   that would be something that would be sent to the
12   agency.  There may be some limitations, you know,
13   like, in terms of how old they are or in terms of
14   how the old the vehicle was, but I don't recall the
15   specifics.
16   BY MR. NIX:
17        Q.   Are there -- when you -- strike that.
18             Are field technical reports sent to any
19   boards or committees at Toyota to evaluate those
20   reports?
21        A.   I'm not -- not that I can think of.
22        Q.   Does the term "early warning reporting"
23   mean anything to you?
24        A.   That's how I would characterize TREAD
25   reporting.
```

30(b)(6)

BARRY HARE

29

1  Q. That would be the report to the federal
2  government as a result of the inspection?
3  A. Yes. Field reports are, I think, part of
4  the early warning reporting or the TREAD reporting
5  as well as other types of counts relating to field
6  incidents.
7  Q. What is the Toyota customer quality
8  engineering?
9  A. Could you repeat the phrase?
10 Q. Toyota customer quality engineering.
11 A. "Customer quality engineering" is a bit of
12 an old term. I believe -- I think the acronym is
13 CQE, and, typically, that's referring to a quality
14 department. That could be relating more likely to
15 TMC.
16 Q. And Toyota's customer quality service, what
17 is that?
18 A. That would be more relating to the quality
19 department at TMS.
20 Q. Is that the same thing as the Toyota brand
21 engagement center?
22 A. No.
23 Q. What is the difference between the two?
24 A. So -- so the brand engagement center was
25 the customer relations group. That's the