30(b)(6)

**TOMONORI MIYATAKE**

1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF OKLAHOMA
 2

 3   NICK SHAFFER and CHARLA          *
     SHAFFER, Individually, and       *
 4   NICK AND CHARLA SHAFFER, As      *
     Parents and Next Friends of      *
 5   HOPE SHAFFER, Deceased,          *
              Plaintiffs,             *
 6                                    *
     VS.                              *   Case No.
 7                                    *   5:22-cv-00151-R
     TOYOTA MOTOR CORPORATION,        *
 8   TOYOTA MOTOR NORTH AMERICA,      *
     INC., TOYOTA MOTOR               *
 9   ENGINEERING & AMERICA, INC.,     *
     TOYOTA MOTOR MANUFACTURING       *
10   KENTUCKY, INC., TOYOTA MOTOR     *
     MANUFACTURING MISSISSIPPI,       *
11   INC., TOYOTA MOTOR SALES,        *
     USA, INC., GULF STATES           *
12   TOYOTA, INC.,                    *
              Defendants.             *
13

14

15
     *****************************************************
16
         ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF
17              TOYOTA MOTOR CORPORATION,
           THROUGH ITS DESIGNATED REPRESENTATIVE,
18                  TOMONORI MIYATAKE
                     AUGUST 1, 2024
19
     *****************************************************
20

21

22

23

24   REPORTED BY:

25   CHRISTY R. SIEVERT, CSR, RPR
```

Exhibit 4

30(b)(6)

TOMONORI MIYATAKE

43

1   maximum degree of rearward -- dynamic rearward
2   tilting angle?
3       A.   There isn't.
4       Q.   I'm sorry?
5       A.   There isn't.
6       Q.   So in the 36-kilometer per hour delta-V
7   dynamic testing that Toyota does, there is no
8   standard for how far rearward the dynamic tilt angle
9   of the seat should be?
10      A.   That's correct, there is no such angle.
11      Q.   But in the 30-kilometer per hour delta-V,
12  there is a maximum dynamic backward tilting angle in
13  the standard; is that correct?
14      A.   That's right, there is one.
15      Q.   Why is there one for the 30-mile -- or
16  kilometer per hour delta-V testing but not one for
17  the 36-kilometer per hour delta-V testing?
18      A.   First of all, the delta-V 30 kilometers per
19  hour rear impact evaluation covers about 85 percent
20  of the accidents in the field.  And within that
21  evaluation, when the front seat leans backwards, we
22  use the 25-degree as a -- 25-degree as a standard to
23  confirm the contact point with the rear seat
24  occupant's knees.
25      Q.   Is Toyota not concerned about what happens

30(b)(6)

TOMONORI MIYATAKE

45

```
 1              THE INTERPRETER:  This is the
 2   interpreter.  Let me start over.
 3        A.   We do not have a target for the rearward
 4   tilting angle, but we do confirm other kinds of seat
 5   performance.
 6   BY MR. NIX:
 7        Q.   Are you familiar with the term "ramping"?
 8        A.   Yes, I know it.
 9        Q.   What does the term "ramping" mean in
10   relationship to a seat?
11        A.   For example, if a passenger moves in the
12   upward direction within the seat, my understanding
13   is that that phenomena is called ramping.
14        Q.   And if an occupant in a seat ramps over the
15   seat, there is a risk that that occupant could
16   collide with the rear seat occupant, correct?
17             MR. STONE:  Object to form.
18        A.   It will depend on the definition of "ramp
19   up" or the degree of ramping up.  So I don't think
20   it can be said in a -- or that it can be expressed
21   in that way, in a general sense.
22             MR. STONE:  Are we at a good break
23   time?
24             MR. NIX:  Give me just a few more
25   questions and we are.
```