# IN THE SUPREME COURT OF TEXAS

NO. 21-1097

AMERICAN HONDA MOTOR CO., INC., Petitioner

v.

SARAH MILBURN, Respondent

## MANDATE

**To the Trial Court of Dallas County, Greetings:**

Before our Supreme Court on June 28, 2024, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **21-1097** in the Supreme Court of Texas

No. **05-19-00850-CV** in the **Fifth** Court of Appeals

No. **DC-16-16470** in the **116th District Court** of **Dallas** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and the arguments of counsel, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;
2) Judgment is rendered that Respondent take nothing; and
3) Respondent shall bear the costs incurred by Petitioner in this Court.

Copies of this judgment are certified to the Court of Appeals for the Fifth District and to the 116th District Court of Dallas County, Texas, for observance.



**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,



with the seal thereof annexed, at the City of Austin, this the 27th day of September, 2024.

Blake A. Hawthorne, Clerk

*Blake A. Hawthorne*

By Monica Zamarripa, Deputy Clerk

PLAINTIFF'S EXHIBIT 17