UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICK SHAFFER and CHARLA SHAFFER, )<br>Individually, and NICK and CHARLA            )<br>SHAFFER, as Parents and Next Friends of  )<br>HOPE SHAFFER, Deceased,                        )<br>                                                                    )<br>                          **Plaintiffs,**            )<br>                                                                    )<br>v.                                                                )<br>                                                                    )<br>TOYOTA MOTOR CORPORATION;            )<br>TOYOTA MOTOR NORTH AMERICA,       )<br>INC.; TOYOTA MOTOR ENGINEERING  )<br>& MANUFACTURING MISSISSIPPI,         )<br>INC.; TOYOTA MOTOR SALES, USA,         )<br>INC.; and GULF STATES TOYOTA, INC.;  )<br>                                                                    )<br>                          **Defendants.**          ) | No. CIV-22-151-R |

**JUDGMENT**

In accordance with the Court Order [Doc. No. 175] issued this 30th day of June, 2025, judgment is hereby entered in favor of Defendants.

ENTERED this 30th day of June, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE