## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) **NICK SHAFFER and CHARLA SHAFFER, Individually, and** ) | |
| 2) **NICK AND CHARLA SHAFFER, As Parents and Next Friends of HOPE SHAFFER, Deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | |
| 1) **TOYOTA MOTOR CORPORATION,** ) | **Case No. 5:22-cv-00151-R** |
| 2) **TOYOTA MOTOR NORTH AMERICA, INC.** ) | |
| 3) **TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,** ) | |
| 4) **TOYOTA MOTOR MANUFACTURING MISSISSIPPI, INC.** ) | |
| 5) **TOYOTA MOTOR SALES, USA, INC.** ) | |
| 6) **GULF STATES TOYOTA, INC.** ) | |
| ) | |
| **Defendants**. ) | |

## NOTICE OF APPEAL

Notice is hereby given that NICK SHAFFER and CHARLA SHAFFER, Individually, and NICK and CHARLA SHAFFER, As Parents and Next Friends of HOPE SHAFFER, deceased, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered by the district court on June 30, 2025 (ECF No. 176).

1

Respectfully submitted,

s/ Glendell D. Nix
Glendell D. Nix, OBA #13747
S. Shea Bracken, OBA #30496
Andy J. Campbell, OBA #30512
**MAPLES, NIX & DIESSELHORST, PLLC**
15401 North May Ave.
Edmond, Oklahoma 73013

-and-

Nicole Snapp-Holloway, OBA # 18472
**STILETTO LEGAL GROUP**
15401 N. May Ave., Suite 1000
Edmond, OK 73013

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This will certify that on the 28th day of JULY 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. The Clerk of the Court will transmit a notice of electronic filing to the ECF registrants based on the records currently on file:

Mary Quinn Cooper Maryquinn.cooper@mcafeetaft.com
Andrew L. Richardson Andrew.richardson@mcafeetaft.com
Katie G. Crane Katie.crane@mcafeetaft.com

David P. Stone David.stone@nelsonmullins.com
Suzanne H. Swaner Suzanne.Swaner@nelsonmullins.com

s/Glendell D. Nix

2